UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------- x

KELLI D. HAKE, et al.,                                    :
                                                         :
                        Plaintiffs,                      :
                                                         :    Case No.: 17-cv-114 (CKK)
-against-                                                :
                                                         :
BANK MARKAZI JOMHOURI ISLAMI IRAN, et al.,               :
                                                         :
                        Defendants.                      :

------------------------------------------------------------------------- x

# SECOND AMENDED COMPLAINT

Plaintiffs, by and through their attorneys, allege the following:

## I.     NATURE OF THE ACTION

1.     This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq*. ("FSIA") for wrongful death, personal injury and related torts, by the estates and families of United States nationals and/or members of the U.S. armed forces who were killed or injured in Iraq by agents of the Islamic Republic of Iran ("Iran") between 2004 and 2011.

2.     Iran's aforementioned agents included the U.S.-designated Foreign Terrorist Organization (as that term is defined in 8 U.S.C. § 1189) Hezbollah; the Islamic Revolutionary Guard Corps ("IRGC"), whose subdivision known as the Islamic Revolutionary Guard Corps-Qods Force ("IRGC-QF") is a U.S.-designated Specially Designated Global Terrorist ("SDGT"); and other terrorist agents that included a litany of Iraqi Shi'a terror groups referred to herein collectively as "Special Groups."

3.     Both before and during the U.S. occupation of Iraq and its subsequent peacekeeping mission, Iran supported a terror campaign against U.S. troops, civilian personnel and Iraqi civilians.

4.     During the period of 2004 through 2011 (the "relevant period"), Iran was under stringent international sanctions that limited its access to the U.S. financial system and U.S. export-controlled technologies, spare parts and raw materials.

5.     In order to fund its terror campaign in Iraq and other nefarious activities, Iran directed its state owned and/or operated banks, including Defendants Bank Markazi Jomhouri Islami Iran ("Bank Markazi," "Central Bank of Iran" or "CBI"), Bank Melli Iran, Melli Bank PLC, and the state owned and operated National Iranian Oil Company ("NIOC") to conspire with an assortment of Western financial institutions willing to substantially assist Iran in evading U.S. and

international economic sanctions, conducting illicit trade-finance transactions and disguising financial payments to and from U.S. dollar-denominated accounts.

6.      As detailed below, the Defendants herein directed millions of U.S. dollars in arms, equipment and materiel to Hezbollah, the IRGC and the IRGC-QF, which, in turn, trained, armed, supplied and funded Iran's terrorist agents in Iraq in carrying out their attacks against Plaintiffs and their family members.

## II.      **JURISDICTION AND VENUE**

7.      This Court has jurisdiction over this matter and over the Defendants pursuant to 28 U.S.C. §§ 1330(a), 1330(b), 1331, 1332(a)(2), and the FSIA, 28 U.S.C. § 1605A(a)(2), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against "foreign states" that have been designated as State Sponsors of Terrorism and their officials, employees and agents.[1]

8.      The United States officially designated Iran a State Sponsor of Terrorism on January 19, 1984, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act.

9.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(f).

---

[1]      28 U.S.C. § 1603(b) defines "foreign state" to include "a political subdivision of a foreign state or an agency or instrumentality of a foreign state." The statute defines an "agency or instrumentality" as any entity (1) which is a separate legal person, corporate or otherwise, and (2) which is an organ of the foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by the foreign state or political subdivision thereof, and (3) which is neither a citizen of a State of the United States as defined in section 1332(c) and (e), nor created under the laws of any third country.

### III.   FACTUAL ALLEGATIONS

### A.   DEFENDANTS

### 1.   BANK MARKAZI JOMHOURI ISLAMI IRAN

10.     Bank Markazi Jomhouri Islami Iran is the central bank of Iran.  The Central Bank of Iran was established in 1960, and, according to its website, CBI is responsible for the design and implementation of Iran's monetary and credit policies.[2]

11.     CBI is headquartered at Mirdamad Boulevard, No. 198, Tehran, Iran.

12.     CBI has provided millions of dollars to terrorist organizations via other Iranian-owned and controlled banks.  For example, in a press release issued by the U.S. Treasury Department in 2007 regarding the designation of the Iranian-owned Bank Saderat as an SDGT, the U.S. Government noted that:

> Bank Saderat, which has approximately 3200 branch offices, has been used by the Government of Iran to channel funds to terrorist organizations, including Hezbollah and EU-designated terrorist groups Hamas, PFLP-GC, and Palestinian Islamic Jihad. For example, from 2001 to 2006, Bank Saderat *transferred $50 million from the **Central Bank of Iran** through its subsidiary in London to its branch in Beirut for the benefit of Hezbollah fronts in Lebanon that support acts of violence*. (Emphasis added.)

13.     According to the United States' Financial Crimes Enforcement Network ("FinCEN"):

> The Central Bank of Iran, which regulates Iranian banks, has assisted designated Iranian banks by transferring billions of dollars to these banks in 2011. In mid-2011, the CBI transferred several billion dollars to designated banks, including Saderat, Mellat, EDBI and Melli, through a variety of payment schemes. In making these transfers, the CBI attempted to evade sanctions by minimizing the direct involvement of large international banks with both CBI and designated Iranian banks.

---

[2]     http://www.cbi.ir/page/GeneralInformation.aspx.

14.     CBI is an alter-ego and instrumentality of the Iranian government and its Supreme

Leader, and it has routinely used Iranian banks like the other Defendant Iranian banks as conduits

for terror financing and weapons proliferation on behalf of the Iranian regime.

## 2.     BANK MELLI AND MELLI BANK PLC

15.     Bank Melli Iran, one of the largest banks in Iran, was established in 1927 by order

of the Iranian Parliament.

16.     Following the Iranian Revolution in 1979, all banks in Iran were nationalized, and,

as discussed below, even now most are effectively controlled by the Iranian regime.

17.     Bank Melli Iran is headquartered at Ferdowsi Avenue, Tehran, Iran.

18.     Bank Melli Iran maintains a branch office in Germany, located at Holzbrücke 2,

20459 Hamburg, Germany.

19.     Bank Melli Iran is an "agency or instrumentality" of the government of Iran as

defined by 28 U.S.C. § 1603(b).

20.     As discussed in detail below, Bank Melli Iran is dominated and controlled by Iran

to such an extent that it rightfully can be considered an organ of the state as defined by 28 U.S.C.

§ 1603(b)(2).

21.     Melli Bank Plc in London was established in January 2002 as a wholly-owned

subsidiary of Bank Melli.

22.     Melli Bank Plc is headquartered at 98a Kensington High Street, London, W8 4SG,

United Kingdom.

23.     The Chairman of Bank Melli Iran serves as the Chairman of the Board of Directors

of Melli Bank Plc.

24.     Bank Melli Iran appoints all members of the Board of Directors of Melli Bank Plc.

25.     Melli Bank Plc is dominated and controlled by Iran to such an extent that it rightfully can be considered an organ of the state as defined by 28 U.S.C. § 1603(b)(2).

26.     According to the U.S. government, between 2004 and 2011, Bank Melli Iran and Melli Bank Plc in London transferred approximately $100 million USD to the IRGC-QF, which trained, armed and funded terrorist groups that targeted, killed and maimed American and Iraqi forces and civilians.

27.     In October 2007 and throughout the remainder of the relevant period, Bank Melli Iran and Melli Bank Plc were each designated as a Specially Designated National ("SDN") pursuant to Executive Order ("E.O.") 13382, and included on the Office of Foreign Assets Control's SDN list.[3] The U.S. Treasury Department press release announcing the designations stated:

> Bank Melli also provides banking services to the [Iranian Revolutionary Guard Corps] and the Qods Force. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002 to 2006, Bank Melli was used to send at least $100 million to the Qods Force. When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to obscure its involvement from the international banking system. For example, Bank Melli has requested that its name be removed from financial transactions.

28.     A State Department diplomatic cable from March 2008 noted that:

> Bank Melli and the Central Bank of Iran also provide crucial banking services to the Qods Force, the IRGC's terrorist supporting arm that was headed by UNSCR 1747 designee Commander Ghassem Soleimani. Soleimani's Qods Force leads Iranian support for the Taliban, Hezbollah, Hamas and the Palestinian Islamic Jihad. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services

---

[3]     "The Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury administers and enforces economic and trade sanctions based on US foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States." https://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx

29.     In addition, during the relevant time period, Bank Melli Iran financed evasions of U.S. sanctions on behalf of the Iranian-owned airline and SDGT, Mahan Airlines ("Mahan Air") and Iran's Ministry of Defense and Armed Forces Logistics.

30.     For example, Bank Melli issued a Letter of Credit to Mahan Air in August 2004 to help Mahan Air illegally acquire aircraft engines subject to the U.S. embargo.

31.     Bank Melli's financial support and assistance to Mahan Air is particularly significant because on October 12, 2011, the United States designated Mahan Air as an SDGT for "providing financial, material and technological support to the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF). Based in Tehran, Mahan Airlines provides transportation, funds transfers and personnel travel services to the IRGC-QF."

32.     The Treasury Department explained Mahan Air's direct involvement with terrorist operations, personnel movements and logistics the IRGC-QF's behalf:

> Mahan Air [has] facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq by bypassing normal security procedures and not including information on flight manifests to eliminate records of the IRGC-QF travel.
>
> Mahan Air crews have facilitated IRGC-QF arms shipments. Funds were also transferred via Mahan Air for the procurement of controlled goods by the IRGC-QF.
>
> In addition to the reasons for which Mahan Air is being designated today, Mahan Air also provides transportation services to Hezbollah, a Lebanon-based designated Foreign Terrorist Organization. Mahan Air has transported personnel, weapons and goods on behalf of Hezbollah and omitted from Mahan Air cargo manifests secret weapons shipments bound for Hezbollah.

33.     Mahan Air was also later identified as the conduit to Iran of *thousands* of radio frequency modules recovered by Coalition Forces in Iraq from Improvised Explosive Devices

("IEDs") and Explosively Formed Penetrators ("EFPs") that were used to target U.S. and Coalition Forces.

34.     In mid-2007, Bank Melli Iran's branch in Hamburg transferred funds on behalf of Iran's Defense Industries Organization ("DIO").

35.     DIO is an Iranian government-owned defense manufacturer whose name, logo and/or product tracking information was stamped on munitions found in weapons caches that were seized from the Special Groups in Iraq, including large quantities of weapons produced by DIO in 2006 and 2007 (*i.e.*, 107 millimeter artillery rockets, as well as rounds and fuses for 60 millimeter and 81 millimeter mortars).

### 3.     NATIONAL IRANIAN OIL COMPANY

36.     NIOC, owned and overseen by the Government of Iran through its Ministry of Petroleum, is responsible for the exploration, production, refining and export of oil and petroleum products in Iran.

37.     NIOC is headquartered at Hafez Crossing, Taleghani Avenue, Tehran, Iran.

38.     NIOC is an "agency or instrumentality" of the Government of Iran as defined by 28 U.S.C. § 1603(b).

39.     In 2008, the Treasury Department identified NIOC (and other Iranian agencies) as "centrally involved in the sale of Iranian oil, as entities that are owned or controlled by the [Government of Iran]."

40.     Pursuant to E.O. 13382, the U.S. Government designated NIOC as an SDN.

41.     The U.S. Government has identified NIOC as an agent or affiliate of the IRGC.

42.     In September 2012, the U.S. Treasury Department handed its report to Congress regarding its determination that NIOC is an agent or affiliate of the IRGC. The report provided that:

Recently, the IRGC has been coordinating a campaign to sell Iranian oil in an effort to evade international sanctions, specifically those imposed by the European Union that prohibit the import, shipping, and purchase of Iranian oil, which went into full effect on July 1, 2012.

Under the current Iranian regime, the IRGC's influence has grown within National Iranian Oil Co. For example, on August 3, 2011, Iran's parliament approved the appointment of Rostam Qasemi, a Brigadier General in the IRGC, as Minister of Petroleum. Prior to his appointment, Qasemi was the commander of Khatam Al-Anbia, a construction and development wing of the IRGC that generates income and funds operations for the IRGC. Even in his new role as Minister of Petroleum, Qasemi has publicly stated his allegiance to the IRGC.

43.    As the IRGC has become increasingly influential in Iran's energy sector, Khatam Al-Anbia has obtained billions of dollars' worth of contracts with Iranian energy companies, including NIOC, often without participating in a competitive bidding process.

44.    Under the Iran Threat Reduction and Syria Human Rights Act of 2012 (ITRSHRA), the U.S. government determined that that NIOC is an agent or affiliate of the IRGC under section 104(c)(2)(E)(i) of the Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2010 (CISADA) and section 302 of ITRSHRA.  As part of that 2012 certification, NIOC was formally determined to be part of the Government of Iran.

45.    In addition, the ITRSHRA provided that:

It is the sense of Congress that the National Iranian Oil Company and the National Iranian Tanker Company are not only owned and controlled by the Government of Iran but that those companies provide significant support to Iran's Revolutionary Guard Corps and its affiliates.[4]

46.    After the events giving rise to the claims herein, the U.S. government withdrew this determination as of 2016.[5]

---

[4]    *See*, https://www.treasury.gov/resource-center/sanctions/Documents/hr_1905_pl_112_158.pdf.

[5]    On January 16, 2016 as part of "Implementation Day" for the U.S. government's understanding with Iran relating to its nuclear weapons program, the U.S. Treasury Department "determined that NIOC is no longer an agent or affiliate of the IRGC."

47.     NIOC used its oil and natural gas revenues to launder money for the IRGC, often using Defendant CBI for this purpose.

48.     In 2009, the Combatting Terrorism Center at West Point published a report on the role of NIOC, particularly in the Maysan province in Iraq (situated along the southeast border between Iran and Iraq), and its role in studying U.S. troop movements:

> The establishment of a new U.S. and Iraqi [Forward Operating Base] on the Iranian border has resulted in three waves of attacks in an area that was formerly devoid of incidents …. The incident occurred in the same district as the February 2007 EFP attack on a British aircraft at a Buzurgan dirt airstrip, itself a reaction by Special Groups to UK long-range patrolling of the Iranian border. This part of the border is increasingly the scene of U.S. and Iranian countermoves to support their proxies and patrol the frontier; Iranian intelligence gathering takes place using National Iranian Oil Company helicopters and border guards, while U.S.-Iraqi helicopter-borne joint patrols provide moral and material support to isolated Iraqi border posts and local communities.

49.     Thus, NIOC served a critical function in funding and supporting the IRGC's activities.

50.     NIOC also obtained letters of credit from western banks to provide financing and credit to the IRGC.[6]

## B.     IRAN'S LONG HISTORY OF SUPPORTING AND FINANCING TERRORISM

51.     Since the Iranian Revolution in 1979, Iran has been a principal source of extremism and terrorism throughout the Middle East and the rest of the world, responsible for bombings, kidnappings and assassinations across the globe.

---

[6]     The Superseding Indictment filed in *U.S. v. Zarrab* (filed in the S.D.N.Y (1:15-cr-00867)) demonstrates that, as late as 2013, NIOC continued to illegally launder U.S. dollars through U.S. financial institutions.

52.     As noted above, the United States designated Iran a State Sponsor of Terrorism on January 19, 1984. That designation has remained in force throughout the relevant period to this action.

53.     Iran has had a long, deep, strategic partnership with the Lebanese-based Foreign Terrorist Organization ("FTO") Hezbollah, which historically has served as Iran's proxy and agent, enabling Iran to project extremist violence and terror throughout the Middle East and around the globe.

54.     For more than 30 years, Iran, through the IRGC, has funded, trained and equipped Hezbollah.

55.     The IRGC-QF's "Department 2000" manages Iran's relationship with Hezbollah, which includes the flow of some of Iran's most sophisticated weapons systems, including military grade EFPs, anti-tank guided missiles, RKG-3 armor penetrating anti-tank grenades and various rockets, such as the Fajr-5.

56.     Since the 2003 U.S. overthrow of Saddam Hussein's regime in Iraq, Iran has assiduously worked to expand its influence in Iraq and throughout the region in a variety of ways, including by fomenting violence and terrorism when such activities have served its ambitions.

## C.     IRAN ORCHESTRATED A TERROR CAMPAIGN IN IRAQ

57.     Sometime after the 2003 U.S. invasion of Iraq, Hezbollah created "Unit 3800," an entity dedicated to supporting Iraqi Shi'a terrorist groups targeting Multi National Forces in Iraq ("MNF-I").

58.     Unit 3800 was established by Hezbollah leader Hassan Nasrallah at Iran's request.

59.     Unit 3800 has trained and advised various Shi'a militias in Iraq, later termed the Special Groups.

60.     Hezbollah training camps in southern Lebanon and Iran, and Hezbollah's expertise in the use of EFPs, kidnapping, communications and small-unit operations, were critical to the IRGC's operations in Iraq between 2004 and 2011.

61.     Iran's support of terrorist groups in Iraq was described in the U.S. State Department's 2005 *Country Reports on Terrorism*, which observed:

> Iran has provided political and ideological support for several terrorist and militant groups active in Iraq. Attractive to terrorists in part because of the limited presence of the United States and other Western governments there, Iran is also a safe haven in that known terrorists, extremists, and sympathizers are able to transit its territory and cross the long and porous border into Iraq. Iran also equips terrorists with technology and provides training in extremist ideology and militant techniques.

62.     According to the same report: "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq …. Senior Iraqi officials have publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."

63.     By early 2005, the presence of Hezbollah operatives in Iraq became an open secret when Iraqi Interior Minister Falah al-Naquib announced the arrest of eighteen Lebanese Hezbollah members on terrorism charges.

64.     Two years later, according to U.S. intelligence estimates—and following the 2007 arrest and interrogation of Hezbollah's senior operative in Iraq—the IRGC-QF provided Hezbollah and one of its local trainers, Ali Musa Daqduq (discussed in greater detail below), up to $3 million in U.S. currency every *month*.

65.     In 2008, Pentagon Press Secretary Geoff Morrell reported on the "smuggling system -- in which the Iranians are providing their allies within Iraq, these special groups, with the

munitions that are then used to take on us, whether it be EFPs or rockets or conventional arms. These are being used by these special groups and being provided by the Iranians."

66.    According to a 2010 report by the Combatting Terrorism Center at West Point, Iran paid Iraqi "insurgent" groups "between $4,000 and $13,000 per rocket or roadside bomb, depending on the circumstances."

67.    According to Brigadier Gen. Kevin J. Bergner, a U.S. military spokesman who previously served as the Deputy Commanding General for MNF-I in Mosul, Iraq, "the Qods Force has provided armor-piercing weapons to extremist groups in Iraq, funneling them up to $3 million a month and training Iraqi militiamen at three camps near Tehran."

**D.    IRANIAN AGENTS DESIGNED AND PRODUCED EFPs USED TO KILL OR MAIM COALITION FORCES, INCLUDING THE PLAINTIFFS**

68.    Improvised Explosive Device is a term commonly used by the U.S. military as shorthand for a roadside bomb.

69.    However, in Iraq, the IRGC and Hezbollah supplied and trained various Special Groups to deploy EFPs.

70.    EFPs are a particularly effective form of manufactured IED sometimes referred to as a shaped charge, usually made with a manufactured concave copper disk (called the "liner") and a high explosive packed behind the liner.

71.    In Iraq, EFPs were often triggered by various technologies, including passive infra-red sensors (tripped by the engine heat of passing vehicles) and radio frequency modules (triggering the weapon when high-powered radio waves were generated by Coalition Forces' jamming devices).

72.    Once triggered, an explosion took place within the steel casing of the EFP, forcing the copper liner forward, and turning it into a high-velocity molten slug, traveling at over a mile

per second, that could pierce the military-grade armor of most U.S. vehicles deployed in Iraq at distances as far as 300 feet from the EFP's emplacement.

73.     Metallurgic analysis by U.S. technicians helped confirm that the high-purity copper EFP liners were not generally produced in Iraq.

74.     Differences in the liners indicated the kind of press that was required to fabricate them—a heavy (hydraulic) press not commonly seen in Iraq.

75.     To produce these weapons, copper sheets were often loaded onto a punch press to yield copper discs. These discs were annealed in a furnace to soften the copper. The discs were then loaded into a large hydraulic press and formed into the disk-like final shape. This manufacturing process is critical to the design and concomitant lethality of the weapon.

76.     EFPs are far more sophisticated than homemade explosive devices such as traditional IEDs, and they are specifically designed to target vehicles such as armored patrols and supply convoys, though Hezbollah and the Special Groups have deployed them against U.S. and Iraqi civilians as well.

77.     Iran propagated its specialized weapons knowledge up and down its network of terror proxies in Iraq, as the U.S. State Department documented in its 2006 *Country Reports on Terrorism* regarding Iran's specific efforts to provide terrorists with lethal EFPs to ambush and murder U.S. and other Coalition Forces:

> Iran provided guidance and training to select Iraqi Shia political groups, and weapons and training to Shia militant groups to enable anti-Coalition attacks. Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hezbollah. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hezbollah, implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology.

> *These individuals then passed on this training to additional militants in Iraq.* (Emphasis added.)

78.     Also in 2006, Brigadier Gen. Michael Barbero, Deputy Chief of Staff for Strategic Operations of the MNF-I stated: "Iran is definitely a destabilizing force in Iraq. I think it's irrefutable that Iran is responsible for training, funding and equipping some of these Shi'a extremist groups and also providing advanced IED technology to them, and there's clear evidence of that."

79.     According to the U.S. State Department's 2008 *Country Reports on Terrorism*:

> The Qods Force, an elite branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. The Qods Force provided aid in the form of weapons, training, and funding to HAMAS and other Palestinian terrorist groups, Lebanese Hezbollah, Iraq-based militants, and Taliban fighters in Afghanistan.…

> Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi militant groups that targeted Coalition and Iraqi forces and killed innocent Iraqi civilians. Iran's Qods Force continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces as well as civilians. Tehran was responsible for some of the lethality of anti-Coalition attacks by providing militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hezbollah, provided training both inside and outside of Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry.

80.     One of the ways in which the IRGC provided "militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles" included providing them with manufacturing supplies such as copper and steel, as well as machinery—including hydraulic presses used to form copper into the shape of disks used in EFPs.

81.     Iran also introduced other weapons into Iraq for the purpose of supporting terrorist attacks on U.S. and coalition personnel.

82.     These included Improvised Rocket-Assisted Munitions ("IRAMs"), RPG-29s and RKG-3 armor penetrating anti-tank grenades deployed by Special Groups.

83.     Likewise, the State Department's 2011 *Country Reports on Terrorism* reported:

> Despite its pledge to support the stabilization of Iraq, Iran continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi Shia militant groups targeting U.S. and Iraqi forces, as well as civilians. Iran was responsible for the increase of lethal attacks on U.S. forces and provided militants with the capability to assemble explosives designed to defeat armored vehicles. The IRGC-QF [Islamic Revolutionary Guard Corps-Quds Force], in concert with Lebanese Hezbollah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device technology and other advanced weaponry.

### E.   IRAN SUPPORTED SPECIAL GROUPS IN IRAQ THAT COORDINATED WITH HEZBOLLAH AND THE IRGC

#### 1.   THE BADR CORPS/BADR ORGANIZATION

84.     The Badr Corps was established in 1982 as the military wing of the Supreme Council for Islamic Revolution in Iraq.

85.     From its headquarters in Iran, the Badr Corps operated extensive clandestine networks throughout Iraq in the 1990s. The group smuggled men and weapons into Iraq to conduct attacks against the Iraqi regime of Saddam Hussein.

86.     Like Hezbollah, the Badr Corps established clandestine offices in businesses and social organizations in Iraq.

87.     The Badr Corps also used Iraqi front companies to recruit operatives, collect intelligence, and circulate propaganda materials in Shi'a populated areas.

88.     Before 2003, the Badr Corps served as Iran's most important surrogate inside Iraq, acting as a de facto arm of the IRGC-QF.

89.     The Badr Corps received training and weapons from the IRGC and Hezbollah.

90.     After Saddam Hussein's overthrow in 2003, the Badr Corps renamed itself the Badr Organization, and many of its operatives joined the newly formed Iraqi security forces.

91.     Published reports indicate that thousands of members of the Badr Organization remained on the IRGC-QF payroll after 2004.

92.     Several senior Badr Organization operatives later emerged as key conduits for funneling weapons to Iranian proxies in Iraq from 2004 through 2011, including Abu Mustafa al-Sheibani, a key smuggler of deadly Iranian IEDs and EFPs, and Jamal Ja'far Muhammad, a.k.a. Abu Mahdi al-Muhandis (a.k.a. "The Engineer"), who later led Kata'ib Hezbollah (discussed further below).

93.     "Department 1000" of the IRGC-QF, known as the Ramezan Corps, is in charge of Iraqi operations and remains the largest IRGC-QF command outside of Iran. It coordinated, armed and influenced the Badr Organization.

94.     Although the Badr Organization evolved into a major political organization with seats in the new Iraqi parliament, it also played a significant role in facilitating deadly Special Groups operations in Iraq. A number of senior Special Groups commanders such as Al-Muhandis are, or were, Badr Organization personnel.

95.     After 2003, the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs (notably the Iraqi Ministry of Interior's intelligence structure) in part through its influence within the Badr Organization.

## 2.     JAYSH AL MAHDI ("JAM" or the "MAHDI ARMY")

96.     Jaysh al Mahdi was established by radical Shi'a cleric Muqtada al-Sadr in June 2003. On April 18, 2004, JAM led the first major armed confrontation by Shi'a militias against U.S.-led forces in Iraq.

97.     JAM was co-founded by Imad Mughniyah, one of Hezbollah's most senior commanders.

98.     During the relevant period, JAM expanded its territorial control of mixed or predominantly Shi'a neighborhoods and displaced or killed the local Sunni population.

99.     JAM was able to gain initial control in many of the neighborhoods in and around Baghdad (such as the Shi'a slum locally known as "Sadr City") by offering the Shi'a population protection and social services.

100.    Al-Sadr dissolved part of his militia after 2007, but maintained a small group of Iranian-supported militants called the Promised Day Brigades ("PDB") to carry out attacks against Coalition Forces.

101.    The PDB has received funding, training and weapons from the IRGC and is one of the Special Groups.

102.    The PDB actively targeted U.S. forces in an attempt to disrupt security operations and further destabilize Iraq.

103.    For example, on June 28, 2011, the PDB issued a statement claiming responsibility for 10 mortar and Katyusha rocket attacks against U.S. military convoys in which U.S. officials confirmed that three U.S. troops were killed.

### 3.      KATA'IB HEZBOLLAH ("KH")

104.    Kata'ib Hezbollah has functioned as Iran's go-to terrorist militia in Iraq and received support from Lebanese Hezbollah, including training in weapons use, IED construction and operation, and sniper, rocket and mortar attacks.

105.    Historically, KH operated mainly in Shi'a areas of Baghdad, such as Sadr City, and throughout the south of Iraq.

106.    On June 24, 2009, the United States designated KH an FTO.

107.     The State Department's notice of KH's FTO designation stated that:

> The organization has been responsible for numerous violent terrorist attacks since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hezbollah also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and civilians that support the legitimate political process in Iraq.

108.     KH was also simultaneously designated an SDGT under E.O. 13224, because it was "responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since 2007."

109.     The U.S. Treasury Department also designated KH pursuant to E.O. 13438.

110.     The Treasury Department's 2009 press release announcing KH's designation explained that KH had "committed, directed, supported, or posed a significant risk of committing acts of violence against Coalition and Iraqi Security Forces…."

111.     The Treasury press release also stated: "[f]urther, the IRGC-Qods Force provides lethal support to Kata 'ib Hizballah and other Iraqi Shia militia groups who target and kill Coalition and Iraqi Security Forces."

112.     The 2009 press release further reported that between March 2007 and June 2008, KH led a number of attacks against U.S. forces in Iraq, advising:

> [a]s of 2008, Kata'ib Hizballah was funded by the IRGC-Qods Force and received weapons training and support from Lebanon-based Hizballah. In one instance, Hizballah provided training--to include building and planting IEDs and training in coordinating small and medium arms attacks, sniper attacks, mortar attacks, and rocket attacks--to Kata'ib Hizballah members in Iran.

113.     Furthermore, the 2009 U.S. Treasury Department press release noted:

> Recordings made by Kata'ib Hizballah for release to the public as propaganda videos further demonstrate that Kata'ib Hizballah conducted attacks against Coalition Forces. In mid-August 2008, Coalition Forces seized four hard drives from a storage facility associated with a Kata'ib

Hizballah media facilitator. The four hard drives included approximately 1,200 videos showing Kata'ib Hizballah's sophisticated planning and attack tactics, techniques, and procedures, and Kata'ib Hizballah's use of the most lethal weapons--including RPG-29s, IRAMs, and EFPs--against Coalition Forces in Iraq.

One of the hard drives contained 35 attack videos edited with the Kata'ib Hizballah logo in the top right corner. Additionally, between February and September 2008, [Hezbollah's official television outlet] Al-Manar in Beirut, Lebanon, broadcast several videos showing Kata'ib Hizballah conducting multiple attacks against Coalition Forces in Iraq.

Immediately preceding the Government of Iraq's approval of the United States-Iraq security agreement in late November 2008, Kata'ib Hizballah posted a statement that the group would continue fighting Coalition Forces and threatened to conduct attacks against the Government of Iraq if it signed the security agreement with the United States.

114. In 2008, the U.S. Department of Defense described the linkages it found between KH, Iran and multiple terrorist attacks against Coalition Forces in Iraq—including KH's use of EFPs:

[A]lso known as Hezbollah Brigades, is a terrorist group believed to receive funding, training, logistics and material support from Iran to attack Iraqi and coalition forces using what the military calls 'explosively formed penetrators' – roadside bombs designed to pierce armor-hulled vehicles – and other weapons such as rocket-assisted mortars.

115. As noted above—and as stated by the U.S Treasury Department in its July 2009 press release—throughout 2008, *Al-Manar*, Hezbollah's official television outlet in Lebanon (and itself a designated SDGT since May 2006), played videos of KH launching rocket and IED attacks against U.S. troops.

116. In this manner, Hezbollah helped publicize KH's activities and increase its profile among leading Shi'a terrorist groups.

117. In a July 2010 press briefing, U.S. Army General Ray Odierno identified KH as the group behind increased threats to U.S. bases in Iraq.

118.    General Odierno confirmed that KH operatives had gone to Iran for special training and then returned to Iraq.

119.    General Odierno stated, "they are clearly connected to Iranian IRGC."

### 4.    ASA'IB AHL AL-HAQ ("AAH")

120.    Asa'ib Ahl Al-Haq is a Shi'a Special Group supported by Hezbollah and the IRGC-QF that conducted assassinations and operations against Iraqi civilians, Iraqi Security Forces and Coalition Forces.

121.    AAH was originally established by Senior Sadrist and MNF-I detainee Qais al-Khazali.

122.    AAH split from al-Sadr's JAM in 2006. Since that time, AAH has conducted thousands of IED attacks against U.S. and Iraqi forces, targeted kidnappings of Westerners and Iraqis, rocket and mortar attacks on the U.S. Embassy, murders of American and British soldiers, and assassination of Iraqi officials.

123.    At all relevant times, AAH received significant funding from Iran, and had links to Iran's IRGC-QF and Hezbollah.

124.    Senior Lebanese Hezbollah operative Ali Musa Daqduq ("Daqduq") provided training to AAH fighters.

125.    Daqduq reported to Youssef Hashim, the head of Lebanese Hezbollah Special Operations, and the latter reported to Abdul Reza Shahlai, the director of the IRGC-QF External Operations.

126.    AAH was one of the Iranian entities responsible for the January 20, 2007 Karbala attack on the Provincial Joint Coordination Center ("PJCC") that killed and/or injured some of the Plaintiffs (discussed below).

F.     **ALL OF THE ATTACKS AT ISSUE IN THIS COMPLAINT WERE ACTS OF INTERNATIONAL TERRORISM THAT VIOLATED THE INTERNATIONAL LAW OF WAR**

127.     At no time relevant to this Action did the United States declare war or enact an Authorization for the Use of Military Force against Iran.

128.     At no time relevant to this Action did the United States engage in an armed conflict with the military forces of Iran, nor did Iran's military forces or their agents engage in lawful acts of war against Coalition Forces.

129.     At no time relevant to this action did the operatives of Hezbollah, the IRGC and the Special Groups who killed and injured Coalition Forces and civilians in Iraq carry fixed distinctive signs recognizable at a distance, carry arms openly, conduct their operations in accordance with the laws and customs of war, or enjoy any form of combatant immunity for their acts.

130.     The specific attacks alleged herein were all carried out by terrorists and terrorist organizations like Hezbollah and the Special Groups, with the material support of Iran and Defendants, not by armed forces of recognized governments or military forces.

131.     The deaths and injuries Plaintiffs sustained were not the result of, nor did they occur in the course of, a declared war with Iran, or an armed conflict between the United States and Iran.

132.     The conduct of Iran, the IRGC, Hezbollah and the Special Groups violated the laws of armed conflict (including, *e.g.*, AAH operatives masquerading as members of U.S. armed forces and executing defenseless prisoners), and the attacks upon Iraqi and other civilians constituted a substantial, rather than an incidental, part of their objectives and conduct.

133.     The acts of the IRGC, Hezbollah, and/or the Special Groups that injured the Plaintiffs were acts of hostage taking and extrajudicial killing as defined by 28 U.S.C. §§ 1605A(h)(2) and 1605A(h)(7), and acts of international terrorism as defined by of 18 U.S.C. § 2331.

134.    The aforesaid acts of hostage taking, extrajudicial killing and international terrorism were enabled by Defendants' provision of material support and resources as defined by 28 U.S.C. § 1605A(h)(3) and 18 U.S.C. § 2339A.

## THE PLAINTIFFS

## 1.    THE MARCH 23, 2008 ATTACK – BAGHDAD

### The Hake Family

135.    Christopher M. Hake was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

136.    On March 23, 2008, Christopher M. Hake, aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

137.    Christopher M. Hake was killed in the attack.

138.    The weapon used to kill Christopher M. Hake was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

139.    Plaintiff Kelli D. Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the widow of Christopher M. Hake.

140.    Plaintiff Denice York is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Christopher M. Hake.

141.    Plaintiff Russel York is a citizen of the United States and domiciled in the State of Oklahoma. He is the step-father of Christopher M. Hake.

142.    Plaintiff Peter Hake is a citizen of the United States and domiciled in the State of Oklahoma. He is the father of Christopher M. Hake.

143.    Plaintiff Jill Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the step-mother of Christopher M. Hake.

144.    Plaintiff G.H., a minor represented by his legal guardian Kelli D. Hake, is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Christopher M. Hake.

145.    Plaintiff Zachary Hake is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Christopher M. Hake.

146.    Plaintiff Keri Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Christopher M. Hake.

147.    Plaintiff Skylar Hake is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Christopher M. Hake.

148.    Plaintiff Kelli D. Hake brings an action individually and on behalf of the Estate of Christopher M. Hake, as its legal representative.

149.    As a result of the attack, and the death of Christopher M. Hake, Plaintiffs Kelli D. Hake, Denice York, Russel York, Peter Hake, Jill Hake, G.H., Zachary Hake, Keri Hake and Skylar Hake have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/father's/brother's society, companionship, comfort, advice and counsel.

**The Habsieger Family**

150.    Andrew J. Habsieger was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

151.    On March 23, 2008, Andrew J. Habsieger, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

152.    Andrew J. Habsieger was killed in the attack.

153.    The weapon used to kill Andrew J. Habsieger was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

154.     Plaintiff Brenda Habsieger is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Andrew J. Habsieger.

155.     Plaintiff Michael Habsieger is a citizen of the United States and domiciled in the State of Missouri. He is the father of Andrew J. Habsieger.

156.     Plaintiff Jacob Michael Habsieger is a citizen of the United States and domiciled in the State of Missouri. He is the brother of Andrew J. Habsieger.

157.     As a result of the attack, and the death of Andrew J. Habsieger, Plaintiffs Brenda Habsieger, Michael Habsieger and Jacob Michael Habsieger have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Delgado Family**

158.     George Delgado was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

159.     On March 23, 2008, George Delgado, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

160.     George Delgado was killed in the attack.

161.     The weapon used to kill George Delgado was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

162.     Plaintiff Maria E. Calle is a citizen of the United States and domiciled in the State of California. She is the mother of George Delgado.

163.     Plaintiff Cynthia Delgado is a citizen of the United States and domiciled in the State of California. She is the sister of George Delgado.

164.     Plaintiff Cynthia Delgado brings an action individually and on behalf of the Estate of George Delgado, as its legal representative.

165.    As a result of the attack, and the death of George Delgado, Plaintiffs Maria E. Calle and Cynthia Delgado have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The McCoy Family**

166.    Steve A. McCoy was a citizen of the United States and domiciled in the State of Georgia when he was injured in Iraq.

167.    On March 23, 2008, Steve A. McCoy, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

168.    As a result of the attack, Steve A. McCoy sustained third degree burns over 98% of his body.  The explosion and resulting fire also caused the loss of some fingers, his ear, and his nose.

169.    After initial treatment in Iraq and Germany, Steve A. McCoy received extensive treatment in the United States.  During the course of his treatment he underwent a number of skin grafts.

170.    He was heavily sedated for hours each day so that his bandages could be changed and his wounds could be treated.

171.    Occasionally, he was conscious and able to communicate through blinking and other methods. Following a tracheotomy procedure, he developed a limited ability to speak.

172.    His condition also required respiratory therapy and dialysis treatment.

173.    Steve A. McCoy died on June 10, 2008 as a result of the injuries he sustained in the attack.

174.    Plaintiff Tabitha McCoy is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Steve A. McCoy.

175.     Plaintiff L.M., a minor represented by his legal guardian Tabitha McCoy, is a citizen of the United States and domiciled in the State of Georgia. He is the son of Steve A. McCoy.

176.     Plaintiff R.M., a minor represented by her legal guardian Tabitha McCoy, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Steve A. McCoy.

177.     Plaintiff Tabitha McCoy brings an action individually and on behalf of the Estate of Steve A. McCoy, as its legal representative.

178.     As a result of the attack, and the death of Steve A. McCoy, Plaintiffs Tabitha McCoy, L.M., and R.M. have experienced severe mental anguish, extreme emotional pain and suffering and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 2.     THE JANUARY 18, 2007 ATTACK – BAGHDAD

**The Rechenmacher Family**

179.     William Joshua Rechenmacher was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

180.     On January 18, 2007, William Joshua Rechenmacher, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

181.     William Joshua Rechenmacher was killed in the attack.

182.     The weapon used to kill William Joshua Rechenmacher was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

183.     Plaintiff Joanne Gutcher is a citizen of the United States and domiciled in the State of Florida. She is the mother of William Joshua Rechenmacher.

184.     As a result of the attack, and the death of William Joshua Rechenmacher, Plaintiff Joanne Gutcher has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

3.     **THE JANUARY 20, 2007 ATTACK – KARBALA**

185.     On the night of January 20, 2007, Iran launched a coordinated terrorist attack against the Provincial Joint Coordination Center ("PJCC") in Karbala, about thirty miles south of Baghdad.

186.     The attack on the PJCC was largely planned by Hezbollah, under the direction of Ali Musa Daqduq, and carried out by the aforementioned Iraqi Shi'a terrorist group known as Asa'ib Ahl al-Haq ("AAH") and led by Qais al-Khazali.

187.     Just after nightfall, a five-car convoy of black GMC Suburban sport-utility vehicles ("SUVs") – the type frequently used by the U.S. government in Iraq – made its way through three checkpoints on the access road approaching the PJCC.

188.     The vehicles contained approximately a dozen of AAH operatives dressed in U.S. military-style fatigues, carrying American-type weapons.

189.     After they entered the PJCC compound, the five vehicles split up, with some parking in front, and others circling to the back of the main building.

190.     After exiting their vehicles, the AAH terrorists threw grenades and opened fire on the PJCC compound with automatic rifles.

191.     One U.S. soldier, Johnathon M. Millican, jumped on one of the grenades that was thrown into the Coordination Center's main office, an upper-floor office that also contained the provincial Iraqi police chief's office.

192.     Although Millican was killed, and several other U.S. soldiers injured, his selfless act provided his fellow soldiers in the PJCC's main building a few extra moments to recover and begin returning fire.

193.     For his act of bravery, Johnathon M. Millican was posthumously awarded the Silver Star medal by the U.S. Army.

194.    At the same time that AAH terrorists were attacking the PJCC's main building, other AAH operatives detonated explosives throughout the PJCC and abducted four U.S. soldiers before fleeing the compound.

195.    The AAH getaway vehicles drove east, crossing the Euphrates River and then turned north.

196.    Realizing the likelihood of escaping with their captives was low, the AAH operatives murdered the four Americans they had just kidnapped, and abandoned their bodies and the vehicles near the town of Mahawil. Three of the four Americans died at the scene.

197.    Only one of the four abducted U.S. soldiers, Brian S. Freeman, was still alive when rescuers reached the scene. Two of the soldiers were found in the back of one of the SUVs, handcuffed and shot dead. A third soldier was found dead on the ground, near the abandoned vehicles. Brian S. Freeman had also been shot in the head, and died on the way to the hospital.

198.    The terrorist group that planned and executed the PJCC attack, AAH, was trained and armed by Iran's IRGC with Hezbollah's assistance.

199.    On March 20, 2007, two months after the attack was perpetrated, Hezbollah leader Ali Musa Daqduq ("Daqduq") and AAH leader Qais al-Khazali and his brother Laith al-Khazali were captured by Coalition Forces in southern Iraq.

200.    The United States government charged them with responsibility for the Karbala PJCC attack.

201.    Documents captured with Qais al-Khazali showed that the IRGC-QF had gathered detailed information on "soldiers' activities, shift changes and defenses" at the PJCC "and this information was shared with the attackers."

202.    A 22-page memorandum found with Daqduq "detailed the planning, preparation, approval process and conduct of the [Karbala] operation," among others. Other documents discussed tactics to attack Iraqi and Coalition Forces.

203.    Daqduq also had a personal journal that noted his having met with Special Groups members who were targeting other Iraqis and Coalition Forces in the Diyala province using Improvised Explosive Devices ("IEDs"), as well as small-arms fire.

204.    According to U.S. military officials, both Daqduq and Qais al-Khazali admitted that senior leadership within the IRGC-QF knew of and helped plan the Karbala attack.

205.    It was later reported that U.S. spy satellites spotted a full-scale mockup of the Karbala PJCC at the IRGC-QF Farj Garrison in the city of Ahwaz, Iran.

206.    Analysis of the satellite imagery indicated that the IRGC had duplicated the PJCC's layout to specifically train the AAH operatives for the attack.

207.    The terror attack on the PJCC was commanded by Azhar al-Dulaymi. He was trained by Hezbollah operatives, including Daqduq, near the city of Qom, Iran, where he and his AAH operatives trained to execute military-style, precision kidnappings.

208.    Although al-Dulaymi commanded the attack, Daqduq, a longtime Hezbollah commander, masterminded it.

209.    Daqduq advised AAH commanders al-Dulaymi and Qais al-Khazali, and served as a liaison between the IRGC-QF and Qais al-Khazali, who along with his brother Laith al-Khazali, oversaw the attack.

210.    The U.S. Treasury Department's November 19, 2012 press release announcing Daqduq's designation as an SDGT stated, in part:

> Daqduq is a senior Hezbollah commander responsible for numerous attacks against Coalition Forces in Iraq, including planning an attack on the Karbala Joint

Provincial Coordination Center (JPCC) [sic] on January 20, 2007, which resulted in the deaths of five U.S. soldiers.

211.    Daqduq is Lebanese-born and served in Hezbollah for twenty-four years prior to the attack on the Karbala PJCC.

212.    Daqduq served as a bodyguard for Hezbollah leader Hassan Nasrallah and also led Hezbollah operations in large areas of Lebanon.

213.    According to the U.S. government, Daqduq "was in Iraq working as a surrogate for Iranian Revolutionary Guards Corps Quds Force operatives involved with special groups."

214.    In 2005, Daqduq was directed by senior Lebanese Hezbollah leadership to go to Iran and work with the IRGC-QF to train Iran's proxies in Iraq.

215.    According to the U.S. government: "In May 2006, [Daqduq] traveled to Tehran with Yussef Hashim, a fellow Lebanese Hezbollah and head of their operations in Iraq. There they met with the commander and deputy commander of the Iranian Quds Force special external operations."

216.    Daqduq was ordered to Iraq to report on the training and operations of the Iraqi Special Groups.

217.    In the year prior to his capture in 2007, Daqduq made four trips to Iraq where he monitored and reported on the training and arming of the Special Groups in mortars and rockets, manufacturing and employment of IEDs, and kidnapping operations.

218.    Most significantly, Daqduq was tasked with organizing the Special Groups in ways that mirrored how Hezbollah was organized in Lebanon.

219.    Daqduq also helped the IRGC train Iraqis at multiple sites in Iran.

220. Using training groups of approximately twenty to sixty Iraqis at a time, Daqduq instructed his trainees on how to use EFPs, mortars and rockets, as well as intelligence, sniper and kidnapping operations.

221. The IRGC then provided operational, intelligence and logistical support to insert the terrorist trainees back into various Iraqi cities where they rejoined their respective Special Groups.

222. The IRGC also supplied the Groups with weapons and a funding stream ranging from an estimated $750,000 to $3 million per month.

223. On April 26, 2007, the Commander of the MNF-I, Gen. David Petraeus, gave a briefing in which he stated:

> The Iranian involvement has really become much clearer to us and brought into much more focus during the interrogation of the members -- the heads of the Khazali network and some of the key members of that network that have been in detention now for a month or more. This is the head of the secret cell network, the extremist secret cells. They were provided substantial funding, training on Iranian soil, advanced explosive munitions and technologies as well as run of the mill arms and ammunition, in some cases advice and in some cases even a degree of direction.  When we captured these individuals -- the initial capture, and then there have been a number of others since then -- we discovered, for example, a 22-page memorandum on a computer that detailed the planning, preparation, approval process and conduct of the operation that resulted in five of our soldiers being killed in Karbala. It also detailed -- there are numerous documents which detailed a number of different attacks on coalition forces, and our sense is that these records were kept so that they could be handed in to whoever it is that is financing them. And there's no question, again, that Iranian financing is taking place through the Quds force of the Iranian Republican Guards Corps.

224. The Americans killed during the Karbala attack included Brian S. Freeman, Johnathon M. Millican, Shawn P. Falter and Johnathan B. Chism. The Americans injured during the Karbala attack included Plaintiffs Billy Wallace, Evan Kirby, Johnny Washburn and Marvin Thornsberry.

**The Freeman Family**

225.    Brian S. Freeman was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

226.    Plaintiff Charlotte Freeman is a citizen of the United States and domiciled in the State of California. She is the widow of Brian S. Freeman.

227.    Plaintiff Kathleen Snyder is a citizen of the United States and domiciled in the State of Utah. She is the mother of Brian S. Freeman.

228.    Plaintiff Randolph Freeman is a citizen of the United States and domiciled in the State of California. He is the father of Brian S. Freeman.

229.    Plaintiff G.F., a minor represented by his legal guardian Charlotte Freeman, is a citizen of the United States and domiciled in the State of California. He is the son of Brian S. Freeman.

230.    Plaintiff I.F., a minor represented by her legal guardian Charlotte Freeman, is a citizen of the United States and domiciled in the State of California. She is the daughter of Brian S. Freeman.

231.    Plaintiff Charlotte Freeman brings an action individually and on behalf of the Estate of Brian S. Freeman as its legal representative.

232.    As a result of the attack, and the death of Brian S. Freeman, Plaintiffs Charlotte Freeman, Kathleen Snyder, Randolph Freeman, G.F. and I.F. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/father's society, companionship, comfort, advice and counsel.

**The Chism Family**

233.    Johnathan B. Chism was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

234.    Plaintiff Danny Chism is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Johnathan B. Chism.

235.    As a result of the attack, and the death of Johnathan B. Chism, Plaintiff Danny Chism has experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

**The Falter Family**

236.    Shawn P. Falter was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

237.    Plaintiff Russell J. Falter is a citizen of the United States and domiciled in the State of New York. He is the father of Shawn P. Falter.

238.    Plaintiff Linda Falter is a citizen of the United States and domiciled in the State of New York. She is the step-mother of Shawn P. Falter.

239.    Michael Lucas is a citizen of the United States and domiciled in the State of New York. He is the step-brother of Shawn P. Falter.

240.    Plaintiff Russell J. Falter brings an action individually and on behalf of the Estate of Shawn P. Falter, as its legal representative.

241.    As a result of the attack, and the death of Shawn P. Falter, Plaintiffs Russell J. Falter, Linda Falter and Michael Lucas have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Millican Family**

242.    Johnathon M. Millican was a citizen of the United States and domiciled in the State of Alaska when he was killed in Iraq.

243.    Plaintiff Shannon Millican is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Johnathon M. Millican.

244.    Plaintiff Mitchell Millican is a citizen of the United States and domiciled in the State of Alabama. He is the father of Johnathon M. Millican.

245.    Plaintiff Shannon Millican brings an action individually and on behalf of the Estate of Johnathon M. Millican, as its legal representative.

246.    As a result of the attack, and the death of Johnathon M. Millican, Plaintiffs Shannon Millican and Mitchell Millican have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's society, companionship, comfort, advice and counsel.

**The Wallace Family**

247.    Plaintiff Billy Wallace is a citizen of the United States and domiciled in the State of North Carolina.

248.    Mr. Wallace was wounded while helping to defend the PJCC's main building.

249.    He sustained serious shrapnel injuries when a grenade exploded in the doorway of the room that he was defending.

250.    Mr. Wallace also suffered hearing loss and tinnitus.

251.    He suffers from Post-Traumatic Stress Disorder ("PTSD") for which he has received ongoing treatment.

252.    As a result of the attack, and the injuries he suffered, Plaintiff Billy Wallace has experienced severe physical and mental anguish and extreme emotional pain and suffering.

253.    Plaintiff Stefanie Wallace is a citizen of the United States and domiciled in the State of North Carolina. She is the wife of Billy Wallace.

254.     Plaintiff Austin Wallace is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Billy Wallace.

255.     Plaintiff Devon Wallace is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Billy Wallace.

256.     Plaintiff C.W., a minor represented by his legal guardians Billy Wallace and Stefanie Wallace, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Billy Wallace.

257.     As a result of the attack, and the injuries Billy Wallace suffered, Plaintiffs Stefanie Wallace, Austin Wallace, Devon Wallace and C.W. have experienced severe mental anguish and extreme emotional pain and suffering.

**The Kirby Family**

258.     Plaintiff Evan Kirby is a citizen of the United States and domiciled in the State of Ohio.

259.     Mr. Kirby was wounded while helping to defend the PJCC's main building.

260.     As a result of an explosion that occurred during the attack, Mr. Kirby was thrown high into the air and sustained injuries to his back and spine.

261.     The aforementioned injuries have caused him great pain.

262.     As a result of the attack, and the injuries he suffered, Plaintiff Evan Kirby has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Washburn Family**

263.     Plaintiff Johnny Washburn is a citizen of the United States and domiciled in the State of Washington.

264.     Mr. Washburn was wounded while helping to defend the PJCC's main building.

265.    He was in the same room as Johnathon M. Millican when the grenade detonated that killed Mr. Millican.

266.    In addition to witnessing Mr. Millican's murder, Mr. Washburn also observed other soldiers being killed and injured.

267.    Mr. Washburn attempted to assist the aforementioned soldiers.

268.    His clothing was covered in blood, causing him great distress, as he was initially unable to determine if the blood was his own or belonged to one of the surrounding soldiers.

269.    These images and memories of what he witnessed throughout the attack have caused him great distress.

270.    He has experienced sleep-related problems and headaches following the attack.

271.    As a result of the attack, and the injuries he suffered, Plaintiff Johnny Washburn has experienced severe mental anguish and extreme emotional pain and suffering.

**The Thornsberry Family**

272.    Plaintiff Marvin Thornsberry is a citizen of the United States and domiciled in the State of Michigan.

273.    Mr. Thornsberry was in the PJCC's adjacent building when the attack occurred.

274.    He has experienced survivor's guilt following the attack.

275.    Mr. Thornsberry has been prescribed medication to address issues of depression and anxiety.

276.    As a result of the attack, and the injuries he suffered, Plaintiff Marvin Thornsberry has experienced severe mental anguish and extreme emotional pain and suffering.

277.    Plaintiff Cynthia Thornsberry is a citizen of the United States and domiciled in the State of Michigan. She is the wife of Marvin Thornsberry.

278.     Plaintiff A.B., a minor represented by his legal guardian Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Cynthia Thornsberry and the step-son of Marvin Thornsberry.

279.     Plaintiff M.T., a minor represented by her legal guardians Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. She is the daughter of Marvin Thornsberry and Cynthia Thornsberry.

280.     Plaintiff N.T., a minor represented by his legal guardians, Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Marvin Thornsberry and Cynthia Thornsberry.

281.     Plaintiff L.T., a minor represented by her legal guardians, Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. She is the daughter of Marvin Thornsberry and Cynthia Thornsberry.

282.     As a result of the attack and the injuries Marvin Thornsberry suffered, Plaintiffs Cynthia Thornsberry, A.B., M.T., N.T., and L.T. have experienced severe mental anguish and extreme emotional pain and suffering.

## 4.     **THE JANUARY 22, 2007 ATTACK – BAGHDAD**

**The Stout Family**

283.     Brandon L. Stout was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

284.     On January 22, 2007, Brandon L. Stout, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

285.     Brandon L. Stout was killed in the attack.

286.     The weapon used to kill Brandon L. Stout was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

287.    Plaintiff Tracy Anderson is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Brandon L. Stout.

288.    Plaintiff Jeffrey Anderson is a citizen of the United States and domiciled in the State of Michigan. He is the step-father of Brandon L. Stout.

289.    Plaintiff Adam G. Stout is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Brandon L. Stout.

290.    As a result of the attack, and the death of Brandon L. Stout, Plaintiffs Tracy Anderson, Jeffrey Anderson and Adam G. Stout have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 5.    THE JANUARY 25, 2007 ATTACK – BAGHDAD

**The Fuller Family**

291.    Alexander H. Fuller was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

292.    On January 25, 2007, Alexander H. Fuller, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

293.    Alexander H. Fuller was killed in the attack.

294.    The weapon used to kill Alexander H. Fuller was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

295.    Plaintiff Anastasia Fuller is a citizen of the United States and domiciled in the State of Massachusetts. She is the widow of Alexander H. Fuller.

296.    Plaintiff Anastasia Fuller brings an action individually and on behalf of the Estate of Alexander H. Fuller, as its legal representative.

297.     Plaintiff A.F., a minor represented by her legal guardian Anastasia Fuller, is a citizen of the United States and domiciled in the State of Massachusetts. She is the daughter of Alexander H. Fuller.

298.     As a result of the attack, and the death of Alexander H. Fuller, Plaintiffs Anastasia Fuller and A.F. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Balsley Family**

299.     Michael C. Balsley was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

300.     On January 25, 2007, Michael C. Balsley, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

301.     Michael C. Balsley was killed in the attack.

302.     The weapon used to kill Michael C. Balsley was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

303.     Plaintiff Samantha Balsley is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Michael C. Balsley.

304.     Plaintiff Samantha Balsley brings an action individually and on behalf of the Estate of Michael C. Balsley, as its legal representative.

305.     Plaintiff L.R.-W., a minor represented by his legal guardian Samantha Balsley, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Michael C. Balsley.

306.     As a result of the attack, and the death of Michael C. Balsley, Plaintiffs Samantha Balsley and L.R.-W. have experienced severe mental anguish, extreme emotional pain and

suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 6.     THE JANUARY 27, 2007 ATTACK – TAJI

### The Garrigus Family

307.    Mickel D. Garrigus was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

308.    On January 27, 2007, Mickel D. Garrigus, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

309.    Mickel D. Garrigus was killed in the attack.

310.    The weapon used to kill Mickel D. Garrigus was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

311.    Plaintiff Deadra Garrigus is a citizen of the United States and domiciled in the State of Washington. She is the mother of Mickel D. Garrigus.

312.    Plaintiff David Garrigus is a citizen of the United States and domiciled in the State of Washington. He is the stepfather of Mickel D. Garrigus.

313.    Plaintiff Nichole Garrigus is a citizen of the United States and domiciled in the State of Washington. She is the sister of Mickel D. Garrigus.

314.    Plaintiff Kyla Ostenson is a citizen of the United States and domiciled in the State of Washington. She is the sister of Mickel D. Garrigus.

315.    Plaintiff Matthew Garrigus is a citizen of the United States and domiciled in the State of Washington. He is the brother of Mickel D. Garrigus.

316.    As a result of the attack, and the death of Mickel D. Garrigus, Plaintiffs Deadra Garrigus, David Garrigus, Nichole Garrigus, Kyla Ostenson and Matthew Garrigus have

experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 7.    THE FEBRUARY 2, 2007 ATTACK – MAHMUDIYAH

### The Dunn Family

317.    Terrence Dunn was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

318.    On February 2, 2007, Terrence Dunn, aged 38, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

319.    Terrence Dunn was killed in the attack.

320.    The weapon used to kill Terrence Dunn was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

321.    Plaintiff Sharon Y. Dunn Smith is a citizen of the United States and domiciled in the State of Texas. She is the sister of Terrence Dunn.

322.    Plaintiff Sharon Y. Dunn Smith brings an action individually and on behalf of the Estate of Terrence Dunn, as its legal representative.

323.    Plaintiff Dennis Dunn is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Terrence Dunn.

324.    As a result of the attack, and the death of Terrence Dunn, Plaintiffs Sharon Y. Dunn Smith and Dennis Dunn have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

## 8.    THE FEBRUARY 26, 2007 ATTACK – DIWANIYAH

**The Beardsley Family**

325.    William J. Beardsley was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

326.    On February 26, 2007, William J. Beardsley, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

327.    William J. Beardsley was killed in the attack.

328.    The weapon used to kill William J. Beardsley was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

329.    Plaintiff Lavonna Harper is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of William J. Beardsley.

330.    As a result of the attack, and the death of William J. Beardsley, Plaintiff Lavonna Harper has experienced the loss of her son's society, companionship, comfort, advice and counsel.

## 9.    THE MARCH 15, 2007 ATTACK – BAQUBAH

**The Harris Family**

331.    Blake Harris was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

332.    On March 15, 2007, Blake Harris, aged 27, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

333.    Blake Harris was killed in the attack.

334.    The weapon used to kill Blake Harris was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

335.    Plaintiff (Melba) Anne F. Harris is a citizen of the United States and domiciled in the State of Georgia. She is the step-mother of Blake Harris.

336.    Plaintiff Paul D. Harris is a citizen of the United States and domiciled in the State of Georgia. He is the father of Blake Harris.

337.    As a result of the attack, and the death of Blake Harris, Plaintiffs Anne F. Harris and Paul D. Harris have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 10.    THE MARCH 20, 2007 ATTACK – BAGHDAD

**The Glawson Family**

338.    Curtis E. Glawson was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

339.    On March 20, 2007, Curtis E. Glawson, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

340.    Curtis E. Glawson was killed in the attack.

341.    The weapon used to kill Curtis E. Glawson was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

342.    Plaintiff Hyunjung Glawson is domiciled in the State of Florida. She is the widow of Curtis E. Glawson.

343.    Plaintiff Yolanda M. Brooks is a citizen of the United States and domiciled in the State of Alabama. She is the mother of Curtis E. Glawson.

344.    Plaintiff Curtis Glawson, Sr. is a citizen of the United States and domiciled in the State of Georgia. He is the father of Curtis E. Glawson.

345.    Plaintiff Kierra Glawson is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Curtis E. Glawson.

346.     Plaintiff Cortez Glawson is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Curtis E. Glawson.

347.     As a result of the attack, and the death of Curtis E. Glawson, Plaintiffs Hyunjung Glawson, Yolanda M. Brooks, Curtis Glawson, Sr., Kierra Glawson and Cortez Glawson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 11.     **THE MARCH 23, 2007 ATTACK – NASIRIYAH**

**The Sabinish Family**

348.     Plaintiff Ryan Sabinish is a citizen of the United States and domiciled in the State of Minnesota.

349.     On March 23, 2007, Ryan Sabinish, then 25, was serving in the U.S. military in Iraq.

350.     Mr. Sabinish, a gunner, was tasked with protecting his base from mortar and rocket attacks.

351.     While he was conducting his operations, his vehicle was struck by an EFP.

352.     The weapon used to injure Mr. Sabinish was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

353.     As a result of the attack, Mr. Sabinish experienced severe blood loss and sustained injuries to his back, hip, and lower extremities.

354.     In addition, shrapnel penetrated and scarred his right arm.

355.     Mr. Sabinish has been diagnosed with Traumatic Brain Injury ("TBI").

356.     He also suffers from PTSD.

357.     Mr. Sabinish has been hospitalized for his emotional injuries and has sought mental health treatment as an outpatient. He continues to seek treatment.

358.    He has been prescribed medication to address his emotional health issues, and he continues to take medication to treat his emotional injuries.

359.    As a result of the attack, and the injuries he suffered, Plaintiff Ryan Sabinish has experienced severe physical and mental anguish and extreme emotional pain and suffering.

360.    Plaintiff R.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish

361.    Plaintiff S.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

362.    As a result of the attack, and the injuries suffered by Ryan Sabinish, Plaintiffs R.J.S. and S.J.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

## 12.   **THE MARCH 31, 2007 ATTACK – DIWANIYAH**

**The Christopher Family**

363.    Kwesi Christopher was a citizen of the United States and domiciled in Brooklyn, in the State of New York, when he was killed in Iraq.

364.    On March 31, 2007, Kwesi Christopher, aged 25, a former soldier in the U.S. military, was serving as a civilian contractor in Iraq when an EFP detonated near him.

365.    Kwesi Christopher was killed in the attack.

366.    The weapon used to kill Kwesi Christopher was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

367.    Plaintiff Ann Christopher is a citizen of the United States and domiciled in the State of Florida. She is the mother of Kwesi Christopher.

368.    Plaintiff Ann Christopher brings an action individually and on behalf of the Estate of Kwesi Christopher, as its legal representative.

369.    As a result of the attack, and the death of Kwesi Christopher, Plaintiff Ann Christopher has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 13.    THE APRIL 6, 2007 ATTACK – BAGHDAD

**The Fuentes Family**

370.    Daniel A. Fuentes was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

371.    On April 6, 2007, Daniel A. Fuentes, aged 19, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

372.    Daniel A. Fuentes was killed in the attack.

373.    The weapon used to kill Daniel A. Fuentes was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

374.    Plaintiff Nancy Fuentes is a citizen of the United States and domiciled in the State of New York. She is the mother of Daniel A. Fuentes.

375.    Plaintiff Nancy Fuentes brings an action individually and on behalf of the Estate of Daniel A. Fuentes.

376.    Plaintiff Armando Fuentes is a citizen of the United States and domiciled in the State of New York. He is the father of Daniel A. Fuentes.

377.    Plaintiff Julio Fuentes is a citizen of the United States and domiciled in the State of New York. He is the brother of Daniel A. Fuentes.

378.    Plaintiff T.F., a minor represented by her legal guardians Nancy Fuentes and Armando Fuentes, is a citizen of the United States and domiciled in the State of New York. She is the sister of Daniel A. Fuentes.

379.     Plaintiff D.J.F., a minor represented by his legal guardian, Emma McGarry, is a citizen of the United States and domiciled in the State of New York. He is the son of Daniel A. Fuentes.

380.     Emma McGarry is a citizen of the United States and domiciled in the State of New York. She was the fiancée of Daniel A. Fuentes and is the legal guardian of Plaintiff D.J.F. Emma McGarry brings an action solely on behalf of Plaintiff D.J.F., a minor.

381.     As a result of the attack, and the death of Daniel A. Fuentes, Plaintiffs Nancy Fuentes, Armando Fuentes, Julio Fuentes, T.F. and D.J.F. have experienced the loss of their son's/brother's/father's society, companionship, comfort, advice and counsel.

## 14.     THE APRIL 9, 2007 ATTACK – BAGHDAD

**The Walton Family**

382.     Brett A. Walton was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

383.     On April 9, 2007, Brett A. Walton, aged 37, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

384.     Brett A. Walton was killed in the attack.

385.     The weapon used to kill Brett A. Walton was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

386.     Plaintiff Lindsay Young is a citizen of the United States and domiciled in the State of Oregon. She is the widow of Brett A. Walton.

387.     Plaintiff Lindsay Young brings an action individually and on behalf of the Estate of Brett A. Walton.

388.    Plaintiff S.W., a minor represented by her legal guardian Lindsay Young, is a citizen of the United States and domiciled in the State of Oregon. She is the daughter of Brett A. Walton.

389.    As a result of the attack, and the death of Brett A. Walton, Plaintiffs Lindsay Young and S.W. have experienced the loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 15.   THE APRIL 13, 2007 ATTACK – BAGHDAD

### The Bowman Family

390.    Larry R. Bowman was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

391.    On April 13, 2007, Larry R. Bowman, aged 29, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

392.    Larry R. Bowman was killed in the attack.

393.    The weapon used to kill Larry R. Bowman was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

394.    Plaintiff Michelle Klemensberg is a citizen of the United States and domiciled in the State of California. She is the widow of Larry R. Bowman.

395.    Plaintiff Michelle Klemensberg brings an action individually and on behalf of the Estate of Larry R. Bowman, as its legal representative.

396.    As a result of the attack, and the death of Larry R. Bowman, Plaintiff Michelle Klemensberg has experienced has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's companionship, comfort, advice and counsel.

## 16.   THE APRIL 15, 2007 ATTACK – BAGHDAD

### The Lilley Family

397.    Plaintiff Scott Lilley is a citizen of the United States and domiciled in the State of Texas.

398.    On April 15, 2007, Scott Lilley, then 28, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

399.    The weapon used to injure Mr. Lilley was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

400.    As a result of the attack, shrapnel struck Mr. Lilley's head and entered his skull. He developed significant swelling of the brain.

401.    Surgeons removed a portion of Mr. Lilley's skull to alleviate the swelling.

402.    He remained in a coma for over 24 hours.

403.    Mr. Lilley also underwent procedures in an attempt to prevent brain aneurisms.

404.    The injury to his brain resulted in Mr. Lilley's inability to do simple and complex tasks that included walking, eating, and talking.

405.    His received physical and occupational therapy so he could relearn these and other skills.

406.    Mr. Lilley has developed short-term memory loss since the attack and has difficulty following up with tasks and recalling information.  He has been diagnosed with ADHD and has been prescribed medication to address this condition.

407.    As a result of the attack, and the injuries he suffered, Plaintiff Scott Lilley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

408.    Plaintiff Frank Lilley is a citizen of the United States and domiciled in the State of New Mexico.  He is the father of Scott Lilley.

409.   Plaintiff Jolene Lilley is a citizen of the United States and domiciled in the State of New Mexico.  She is the mother of Scott Lilley.

410.   Plaintiff Matthew Lilley is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Scott Lilley.

411.   As a result of the attack, and the injuries Scott Lilley suffered, Plaintiffs Frank Lilley, Jolene Lilley, and Matthew Lilley have experienced severe mental anguish and extreme emotional pain and suffering.

## 17.   THE APRIL 16, 2007 ATTACK – BAGHDAD

**The Starcevich Family**

412.   Lucas V. Starcevich was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

413.   On April 16, 2007, Lucas V. Starcevich, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

414.   Lucas V. Starcevich was killed in the attack.

415.   The weapon used to kill Lucas V. Starcevich was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

416.   Plaintiff Ava Tomson is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Lucas V. Starcevich.

417.   Plaintiff Richard Tomson is a citizen of the United States and domiciled in the State of Illinois. He is the step-father of Lucas V. Starcevich.

418.   Plaintiff Bradley Starcevich is a citizen of the United States and domiciled in the State of Illinois. He is the father of Lucas V. Starcevich.

419.   Plaintiff Glenda Starcevich is a citizen of the United States and domiciled in the State of Illinois. She is the step-mother of Lucas V. Starcevich.

420.     Plaintiff Ariana Starcevich is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Lucas V. Starcevich.

421.     Plaintiff Trenton Starcevich is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Lucas V. Starcevich.

422.     Plaintiff Samantha Tomson is a citizen of the United States and domiciled in the State of Illinois. She is the step-sister of Lucas V. Starcevich.

423.     Plaintiff Andrew Tomson is a citizen of the United States and domiciled in the State of Illinois. He is the step-brother of Lucas V. Starcevich.

424.     Plaintiff Ava Tomson brings an action individually and on behalf of the Estate of Lucas V. Starcevich, as its legal representative.

425.     As a result of the attack, and the death of Lucas V. Starcevich, Plaintiffs Ava Tomson, Richard Tomson, Bradley Starcevich, Glenda Starcevich, Ariana Starcevich, Trenton Starcevich, Samantha Tomson and Andrew Tomson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 18.     **THE APRIL 29, 2007 ATTACK – BAGHDAD**

**The Funcheon Family**

426.     Alexander J. Funcheon was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

427.     On April 29, 2007, Alexander J. Funcheon, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his unit.

428.     Alexander J. Funcheon was killed in the attack.

429.     The weapon used to kill Alexander J. Funcheon was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

430.    Plaintiff Karen Funcheon is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Alexander J. Funcheon.

431.    Plaintiff Robert Funcheon is a citizen of the United States and domiciled in the State of Kansas. He is the father of Alexander J. Funcheon.

432.    Plaintiff Karen Funcheon brings an action individually and on behalf of the Estate of Alexander J. Funcheon, as its legal representative.

433.    As a result of the attack, and the death of Alexander J. Funcheon, Plaintiffs Karen Funcheon and Robert Funcheon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

**The Martin Family**

434.    Jay E. Martin was a citizen of the United States and domiciled in the State of Baltimore when he was killed in Iraq.

435.    On April 29, 2007, Jay E. Martin, aged 29, was serving in the U.S. military in Iraq when an EFP detonated near his unit.

436.    Jay E. Martin was killed in the attack.

437.    The weapon used to kill Jay E. Martin was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

438.    Plaintiff Dove Deanna Adams is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Jay E. Martin.

439.    Plaintiff Raven Adams is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Jay E. Martin.

440.    Plaintiff Dwight Martin is a citizen of the United States and domiciled in the State of Maryland. He is the father of Jay E. Martin.

441.    Plaintiff Dwight Martin brings an action individually and on behalf of the Estate of Jay E. Martin, as its legal representative

442.    As a result of the attack, and the death of Jay E. Martin, Plaintiffs Dove Deanna Adams and Raven Adams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's/son's society, companionship, comfort, advice and counsel.

## 19.    THE MAY 3, 2007 ATTACK – BAGHDAD

### The Potter Family

443.    Jerome Potter was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

444.    On May 3, 2007, Jerome Potter, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

445.    Jerome Potter was killed in the attack.

446.    The weapon used to kill Jerome Potter was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

447.    Plaintiff Holly Burson-Gilpin is a citizen of the United States and domiciled in the State of Washington. She is the mother of Jerome Potter.

448.    Plaintiff Holly Burson-Gilpin brings an action individually and on behalf of the Estate of Jerome Potter, as its legal representative.

449.    As a result of the attack, and the death of Jerome Potter, Plaintiff Holly Burson-Gilpin has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 20.    THE MAY 3, 2007 ATTACK – MUSAYYIB

**The Umbrell Family**

450.    Colby J. Umbrell was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

451.    On May 3, 2007, Colby J. Umbrell aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

452.    Colby J. Umbrell was killed in the attack.

453.    The weapon used to kill Colby J. Umbrell was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

454.    Plaintiff Nancy Umbrell is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Colby J. Umbrell.

455.    Plaintiff Mark Umbrell is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Colby J. Umbrell.

456.    Plaintiffs Nancy Umbrell and Mark Umbrell bring an action individually on behalf of the Estate of Colby J. Umbrell, as its legal representatives.

457.    Plaintiff Casey Boehmer is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Colby J. Umbrell.

458.    As a result of the attack, and the death of Colby J. Umbrell, Plaintiffs Nancy Umbrell, Mark Umbrell, and Casey Boehmer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 21.   <u>THE MAY 3, 2007 ATTACK – BAGHDAD</u>

**<u>The Ring Family</u>**

459.     Michelle R. Ring was a citizen of the United States and was domiciled in the State of Oregon when she was killed in Iraq.

460.     On May 3, 2007, Michelle R. Ring, aged 24, was serving in the U.S. military when she was involved in a mortar attack.

461.     Michelle R. Ring was killed in the attack.

462.     The terrorist group that planned and executed the mortar attack was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

463.     Plaintiff Shirley Stearns is a citizen of the United States and is domiciled in the State of Oregon. She is the mother of Michelle R. Ring.

464.     Plaintiff John Stearns is a citizen of the United States and is domiciled in the State of Oregon. He is the father of Michelle R. Ring.

465.     Plaintiff Karen Hall is a citizen of the United States and is domiciled in the State of Alaska. She is the sister of Michelle R. Ring.

466.     Plaintiff Marilyn Haybeck is a citizen of the United States and is domiciled in the State of Oregon. She is the sister of Michelle R. Ring.

467.     Plaintiff M.S., a minor represented by his legal guardian, Shirley Stearns, is a citizen of the United States and is domiciled in the State of Oregon. He is the son of Michelle R. Ring.

468.     Plaintiff B.C., a minor represented by his legal guardian, James Cole, is a citizen of the United States and is domiciled in the State of Tennessee.  He is the son of Michelle R. Ring.

469.     James Cole is a citizen of the United States and domiciled in the State of Tennessee. He was the ex-husband of Michelle R. Ring, and is the legal guardian of Plaintiff B.C. James Cole brings an action solely on behalf of Plaintiff B.C., a minor.

470.     Plaintiff Shirley Stearns brings an action, individually and on behalf of the Estate of Michelle R. Ring, as its legal representative.

471.     As a result of the attack, and the death of Michelle R. Ring, Plaintiffs Shirley Stearns, John Stearns, Karen Hall, Marilyn Haybeck, M.S. and B.C. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their daughter's/sister's/mother's society, companionship, comfort, advice and counsel.

## 22.    THE MAY 6, 2007 ATTACK – BAGHDAD

### The Dixon Family

472.     Robert J. Dixon was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

473.     On May 6, 2007, Robert J. Dixon aged 27, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

474.     Robert J. Dixon was killed in the attack.

475.     The weapon used to kill Robert J. Dixon was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

476.     Ilene Dixon was a citizen of the United States at the time of the death of Robert J. Dixon. She was the mother of Robert J. Dixon. She died on November 18, 2014.

477.     Plaintiff Daniel Allen Dixon is a citizen of the United States and domiciled in the State of Michigan. He is the father of Robert J. Dixon.

478.     Plaintiff Daniel Allen Dixon brings an action individually and on behalf of the Estate of Ilene Dixon, as its legal representative.

479. Plaintiff Daniel Allen Dixon also brings an action on behalf of the Estate of Robert J. Dixon, as its legal representative.

480. Plaintiff David Dixon is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Robert J. Dixon.

481. Plaintiff Daniel Austin Dixon is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Robert J. Dixon.

482. Plaintiff Gretchen Lang is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Robert J. Dixon.

483. As a result of the attack, and the death of Robert J. Dixon, the late Ilene Dixon experienced, and Plaintiffs Daniel Allen Dixon, David Dixon, David Austin Dixon and Gretchen Lang have experienced and continue to experience severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 23.    THE MAY 6, 2007 ATTACK – BAGHDAD

**The Martinez Family**

484. Virgil C. Martinez was a citizen of the United States and domiciled in the State of Utah when he was killed in Iraq.

485. On May 6, 2007, Virgil C. Martinez, aged 33, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

486. Virgil C. Martinez was killed in the attack.

487. The weapon used to kill Virgil C. Martinez was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

488. Plaintiff Rebecca J. Oliver is a citizen of the United States and domiciled in the State of Utah. She is the mother of Virgil C. Martinez.

489.     Plaintiff Daniel C. Oliver is a citizen of the United States and domiciled in the State of Utah. He is the step-father of Virgil C. Martinez.

490.     Plaintiff Kimberlee Austin-Oliver is a citizen of the United States and domiciled in the State of Utah. She is the sister of Virgil C. Martinez.

491.     As a result of the attack, and the death of Virgil C. Martinez, Plaintiffs Rebecca J. Oliver, Daniel C. Oliver, and Kimberlee Austin-Oliver have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 24.     THE MAY 8, 2007 ATTACK – SALMAN PAK

### The Little Family

492.     Kyle A. Little was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

493.     On May 8, 2007, Kyle A. Little, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

494.     Kyle A. Little was killed in the attack.

495.     The weapon used to kill Kyle A. Little was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

496.     Plaintiff Tiffany M. Little is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Kyle A. Little.

497.     Plaintiff K.L., a minor represented by her legal guardian Tiffany M. Little, is a citizen of the United States and domiciled in the State of Alabama. She is the daughter of Kyle A. Little.

498.     Plaintiff Shelley Ann Smith is a citizen of the United States and domiciled in the State of Massachusetts. She is the mother of Kyle A. Little.

499.    Plaintiff Dakota Smith-Lizotte is a citizen of the United States and domiciled in the State of Massachusetts. He is the brother of Kyle A. Little.

500.    Plaintiff Shyanne Smith-Lizotte is a citizen of the United States and domiciled in the State of Massachusetts. She is the sister of Kyle A. Little.

501.    Plaintiff Tiffany M. Little brings an action individually and on behalf of the Estate of Kyle A. Little as its legal representative.

502.    As a result of the attack, and the death of Kyle A. Little, Plaintiffs Tiffany M. Little, K.L., Shelley Ann Smith, Dakota Smith-Lizotte, and Shyanne Smith-Lizotte have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

## 25.    __THE MAY 11, 2007 ATTACK – AL ISKANDARIYAH__

### __The Farrar Family__

503.    William A. Farrar was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

504.    On May 11, 2007, William A. Farrar, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

505.    William A. Farrar was killed in the attack.

506.    The weapon used to kill William A. Farrar was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

507.    Plaintiff William Farrar, Sr. is a citizen of the United States and domiciled in the State of California. He is the father of William A. Farrar.

508.    Plaintiff William Farrar, Sr. brings an action individually and on behalf of the Estate of William A. Farrar, as its legal representative.

509.     As a result of the attack, and the death of William A. Farrar, Plaintiff William Farrar, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## 26.   THE JUNE 2, 2007 ATTACK – BAGHDAD

**The Dressler Family**

510.     Shawn E. Dressler was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

511.     On June 2, 2007, Shawn E. Dressler, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

512.     Shawn E. Dressler was killed in the attack.

513.     The weapon used to kill Shawn E. Dressler was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

514.     Plaintiff Tonya K. Dressler is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Shawn E. Dressler.

515.     Plaintiff Ardith Cecil Dressler is a citizen of the United States and domiciled in the State of Arizona. He is the father of Shawn E. Dressler.

516.     Plaintiff Melissa Dressler is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Shawn E. Dressler.

517.     As a result of the attack, and the death of Shawn E. Dressler, Plaintiffs Tonya K. Dressler, Ardith Cecil Dressler and Melissa Dressler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Brown Family**

518.    Joshua D. Brown was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

519.    On June 3, 2007, Joshua D. Brown, aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

520.    Joshua D. Brown was killed in the attack.

521.    The weapon used to kill Joshua D. Brown was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

522.    Plaintiff Elizabeth Brown is a citizen of the United States and domiciled in the State of Michigan. She is the widow of Joshua D. Brown.

523.    Plaintiff Elizabeth Brown brings an action individually and on behalf of the Estate of Joshua D. Brown, as its legal representative.

524.    As a result of the attack, and the death of Joshua D. Brown, Plaintiff Elizabeth Brown has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

## 27.    THE JUNE 5, 2007 ATTACK – KIRKUK

**The Balmer Family**

525.    Ryan A. Balmer was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

526.    On June 5, 2007, Ryan A. Balmer, aged 33, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

527.    Ryan A. Balmer was killed in the attack.

528.    The weapon used to kill Ryan A. Balmer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

529.    Plaintiff Danielle Sweet is a citizen of the United States and domiciled in the State of Florida. She is the widow of Ryan A. Balmer.

530.    Plaintiff A.B., a minor represented by his legal guardian Danielle Sweet, is a citizen of the United States and domiciled in the State of Florida. He is the son of Ryan A. Balmer.

531.    Plaintiff G.B., a minor represented by her legal guardian Danielle Sweet, is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Ryan A. Balmer.

532.    Plaintiff Danielle Sweet brings an action individually and on behalf of the Estate of Ryan A. Balmer, as its legal representative.

533.    As a result of the attack, and the death of Ryan A. Balmer, Plaintiffs Danielle Sweet, A.B. and G.B. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Kuglics Family**

534.    Matthew J. Kuglics was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

535.    On June 5, 2007, Matthew J. Kuglics, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

536.    Matthew J. Kuglics was killed in the attack.

537.    The weapon used to kill Matthew J. Kuglics was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

538.    Plaintiff Donna Kuglics is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Matthew J. Kuglics.

539.    Plaintiff Les Kuglics is a citizen of the United States and domiciled in the State of Ohio. He is the father of Matthew J. Kuglics.

540.    Plaintiff Emily Adams is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Matthew J. Kuglics.

541.    Plaintiff Donna Kuglics brings an action individually and on behalf of the Estate of Matthew J. Kuglics, as its legal representative.

542.    As a result of the attack, and the death of Matthew J. Kuglics, Plaintiffs Donna Kuglics, Les Kuglics and Emily Adams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 28.    THE JUNE 10, 2007 ATTACK – BAGHDAD

**The Lammers Family**

543.    Plaintiff Matthew Lammers is a citizen of the United States and domiciled in the State of Arizona.

544.    On June 10, 2007, Matthew Lammers, then 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

545.    Matthew Lammers was injured in the attack.

546.    The weapon used to injure Matthew Lammers was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

547.    As a result of the attack, Matthew Lammers' left hand was completely severed. Both of his legs were nearly severed below his kneecaps.

548.    His femoral arteries had been cut and he lost a significant amount of blood.

549.    After the attack he began to asphyxiate due to his lungs filling with bodily fluids. Mr. Lammers remained conscious while this occurred.

550.    Mr. Lammers' injuries necessitated that he undergo surgery to fully amputate both of his legs below the knees. He has been rendered a triple amputee.

551.    He underwent multiple procedures and frequent wound cleanings. His treatment included debridement of muscle tissue.

552.    Mr. Lammers has prosthetics to assist with the use of his left hand. He must use a wheelchair to ambulate.

553.    He has experienced and continues to experience severe phantom limb pain and pain in his back.

554.    He has undergone extensive physical therapy.

555.    He has been diagnosed with a TBI.

556.    Mr. Lammers has also been diagnosed with PTSD and depression and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

557.    Mr. Lammers continues to experience pain and emotional distress each day and he receives continuing treatment for his injuries.

558.    As a result of the attack, and the injuries he suffered, Plaintiff Matthew Lammers has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 29.    <u>THE JUNE 13, 2007 ATTACK – SCANIA</u>

<u>**The Parker Family**</u>

559.    Richard Parker was a citizen of the United States and domiciled in the State of Maine when he was killed in Iraq.

560.    On June 13, 2007, Richard Parker, aged 26, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

561.    Richard Parker died on June 14, 2007 as a result of injuries sustained in the attack.

562.    The weapon used to kill Richard Parker was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

563.    Plaintiff Scott Hood is a citizen of the United States and domiciled in the State of Maine. He is the father of Richard Parker.

564.    Plaintiff Flora Hood is a citizen of the United States and domiciled in the State of Maine. She is the step-mother of Richard Parker.

565.    Plaintiff Stephanie Howard is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

566.    Plaintiff Dixie Flagg is a citizen of the United States and domiciled in the State of Maine. She is the mother of Richard Parker.

567.    Plaintiff Cheyenne Flagg is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

568.    Plaintiff William Parker is a citizen of the United States and domiciled in the State of Maine. He is the brother of Richard Parker.

569.    Plaintiff Meghan Parker-Crockett is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

570.    As a result of the attack, and the death of Richard Parker, Plaintiffs Scott Hood, Flora Hood, Stephanie Howard, Dixie Flagg, Cheyenne Flagg, William Parker, and Meghan Parker-Crockett have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 30.    THE JUNE 21, 2007 ATTACK – BAGHDAD

### The Spencer Family

571.    Raymond N. Spencer was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

572.    On June 21, 2007, Raymond N. Spencer, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

573. Raymond N. Spencer was killed in the attack.

574. The weapon used to kill Raymond N. Spencer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

575. Plaintiff Raymond Nigel Spencer, Sr. is a citizen of the United States and domiciled in the State of California. He is the father of Raymond N. Spencer.

576. Plaintiff Sylvia Johnson Spencer is a citizen of the United States and domiciled in the State of California. She is the step-mother of Raymond N. Spencer.

577. As a result of the attack, and the death of Raymond N. Spencer, Plaintiffs Raymond Nigel Spencer, Sr. and Sylvia Johnson Spencer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 31. THE JUNE 28, 2007 ATTACK – BAGHDAD

### The Crow Family

578. William J. Crow was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

579. On June 28, 2007, William J. Crow, aged 28, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

580. William J. Crow died on June 28, 2007 as a result of injuries sustained in the attack.

581. The weapon used to kill William J. Crow was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

582. Plaintiff Katherine M. Crow is a citizen of the United States and domiciled in the State of Texas. She is the widow of William J. Crow.

583. Plaintiff Katherine M. Crow brings an action individually and on behalf of the Estate of William J. Crow, as its legal representative

584.    Plaintiff K.A.C., a minor represented by her legal guardian, Katherine M. Crow, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of William J. Crow.

585.    Plaintiff K.E.C., a minor represented by her legal guardian, Katherine M. Crow, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of William J. Crow.

586.    Plaintiff Candace Cathryn Hudson is a citizen of the United States and domiciled in the State of Florida. She is the sister of William J. Crow.

587.    Kathryn Ann Mondini was a citizen of the United States at the time of the death of William J. Crow. She was the mother of William J. Crow. She died on April 18, 2014.

588.    Plaintiff Candace Cathryn Hudson brings an action individually and on behalf of the Estate of Kathryn Ann Mondini, as its legal representative.

589.    As a result of the attack, and the death of William J. Crow, the late Kathryn Ann Mondini experienced, and Plaintiffs Katherine M. Crow, K.A.C., K.E.C. and Candace Cathryn Hudson have experienced and continue to experience severe mental anguish, extreme emotional pain and suffering, and loss of their son's/husband's/father's/brother's society, companionship, comfort, advice and counsel.

## 32.    THE JUNE 29, 2007 ATTACK – BAGHDAD

**The Adair Family**

590.    James L. Adair was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

591.    One June 29, 2007, James L. Adair, aged 26, was serving in the U.S. military in Iraq when EFP detonated near his vehicle.

592.    James L. Adair was killed in the attack.

593.     The weapon used to kill James L. Adair was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

594.     Plaintiff Amanda B. Adair is a citizen of the United States and domiciled in the State of Texas. She is the sister of James L. Adair.

595.     As a result of the attack, and the death of James L. Adair, Plaintiff Amanda B. Adair has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her brother's society, companionship, comfort, advice and counsel.

## 33.   THE JULY 6, 2007 ATTACK – BAGHDAD

### The Lamie Family

596.     Gene Lamie was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

597.     On July 6, 2007, Gene Lamie, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

598.     Gene Lamie was killed in the attack.

599.     The weapon used to kill Gene Lamie was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

600.     Plaintiff John D. Lamie is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Gene Lamie.

601.     As a result of the attack, and the death of Gene Lamie, Plaintiff John D. Lamie has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

## 34.   THE JULY 6, 2007 ATTACK – BAGHDAD

**The Lewis Family**

602.   Jason Dale Lewis was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

603.   On July 6, 2007, Jason Dale Lewis, aged 30, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

604.   Jason Dale Lewis was killed in the attack.

605.   The weapon used to kill Jason Dale Lewis was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

606.   Plaintiff Donna Lewis is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Jason Dale Lewis.

607.   Plaintiff Donna Lewis brings an action individually and on behalf of the Estate of Jason Dale Lewis, as its legal representative.

608.   Plaintiff J.L., a minor represented by his legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jason Dale Lewis.

609.   Plaintiff J.L., a minor represented by his legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jason Dale Lewis.

610.   Plaintiff G.L., a minor represented by her legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Jason Dale Lewis.

611.   Plaintiff Jean Mariano is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Jason Dale Lewis.

612.   As a result of the attack, and the death of Jason Dale Lewis, Plaintiffs Donna Lewis, J.L., J.L., G.L. and Jean Mariano have experienced severe mental anguish, extreme emotional pain

and suffering, and loss of their spouse's/father's/son's society, companionship, comfort, advice and counsel.

**The McRill Family**

613.    Robert McRill was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

614.    On July 6, 2007, Robert McRill, aged 42, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

615.    Robert McRill was killed in the attack.

616.    The weapon used to kill Robert McRill was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

617.    Plaintiff Katherine McRill-Fellini is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Robert McRill.

618.    Plaintiff Brett Coke is a citizen of the United States and domiciled in the State of Virginia. He is the step-son of Robert McRill.

619.    Plaintiff Brian Coke is a citizen of the United States and domiciled in the State of Virginia. He is the step-son of Robert McRill.

620.    Plaintiff Katherine McRill-Fellini brings an action individually and on behalf of the Estate of Robert McRill, as its legal representative.

621.    As a result of the attack, and the death of Robert McRill, Plaintiffs Katherine McRill-Fellini, Brett Coke, and Brian Coke have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 35.   THE JULY 7, 2007 ATTACK – BAGHDAD

**The Miller Family**

622.    Mikeal Miller was a citizen of the United States and domiciled in the State of Oregon when he was injured in Iraq.

623.    On July 7, 2007, Mikeal Miller, aged 21, was serving 3in the U.S. military in Iraq when an EFP detonated near his vehicle.

624.    Mikeal Miller was severely injured in the attack when shrapnel went through his left eye and lodged in the back of his head.

625.    Mikeal never regained consciousness after the attack.

626.    Mikeal remained in a coma and died on January 27, 2008.

627.    The weapon used to kill Mikeal Miller was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

628.    Plaintiff Rene Pool is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Mikeal Miller.

629.    As a result of the attack, and the death of Mikeal Miller, Plaintiff Rene Pool has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 36.   THE JULY 17, 2007 ATTACK – BAGHDAD

**The Bobb Family**

630.    Brandon K. Bobb was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

631.    On July 17, 2007, Brandon K. Bobb, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

632.    Brandon K. Bobb was killed in the attack.

633.    The weapon used to kill Brandon K. Bobb was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

634.    Plaintiff Paula C. Bobb-Miles is a citizen of the United States and domiciled in the State of Texas. She is the mother of Brandon K. Bobb.

635.    Plaintiff Johnny Javier Miles, Sr. is a citizen of the United States and domiciled in the State of Alabama. He is the step-father of Brandon K. Bobb.

636.    Plaintiff Johnny Javier Miles, Jr. is a citizen of the United States and domiciled in the State of Texas. He is the brother of Brandon K. Bobb.

637.    Plaintiff Racquel Arnae Bobb Miles is a citizen of the United States and domiciled in the State of Texas. She is the sister of Brandon K. Bobb.

638.    Plaintiff Paula C. Bobb-Miles brings an action individually and on behalf of the Estate of Brandon K. Bobb, as its legal representative.

639.    As a result of the attack, and the death of Brandon K. Bobb, Plaintiffs Paula C. Bobb-Miles, Johnny Javier Miles, Sr., Johnny Javier Miles, Jr. and Racquel Arnae Bobb Miles have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Joshua Family**

640.    Ron J. Joshua, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

641.    On July 17, 2007, Ron J. Joshua, Jr., aged 19, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

642.    Ron J. Joshua, Jr. was killed in the attack.

643.    The weapon used to kill Ron J. Joshua, Jr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

644.    Plaintiff Ursula Ann Joshua is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Ron J. Joshua, Jr.

645.    Plaintiff Ursula Ann Joshua brings an action individually and on behalf of the Estate of Ron J. Joshua, as its legal representative.

646.    As a result of the attack, and the death of Ron J. Joshua, Jr., Plaintiff Ursula Ann Joshua has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 37.    THE JULY 31, 2007 ATTACK – BAGHDAD

**The Heinlein Family**

647.    Charles T. Heinlein, Jr. was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

648.    On July 31, 2007, Charles T. Heinlein, Jr., aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

649.    Charles T. Heinlein, Jr. was killed in the attack.

650.    The weapon used to kill Charles T. Heinlein, Jr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

651.    Plaintiff Jessica Heinlein is a citizen of the United States and domiciled in the State of Washington. She is the widow of Charles T. Heinlein, Jr.

652.    Plaintiff Jessica Heinlein brings an action individually and on behalf of the Estate of Charles T. Heinlein, Jr., as its legal representative.

653.    Plaintiff Charles Heinlein, Sr. is a citizen of the United States and domiciled in the State of Michigan. He is the father of Charles T. Heinlein, Jr.

654.    Plaintiff Jody Lyn Heinlein is a citizen of the United States and domiciled in the State of Texas. She is the sister of Charles T. Heinlein, Jr.

655.    As a result of the attack, and the death of Charles T. Heinlein, Jr., Plaintiffs Jessica Heinlein, Charles Heinlein, Sr. and Jody Lyn Heinlein, have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 38.    THE SEPTEMBER 2, 2007 ATTACK – BAGHDAD

### The White Family

656.    Delmar White was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

657.    On September 4, 2007, Delmar White, aged 37, was serving in the U.S. military in Iraq when an EFP detonated by his vehicle.

658.    Delmar White was killed in the attack.

659.    The weapon used to kill Delmar White was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

660.    Plaintiff Michelle White is a citizen of the United States and domiciled in the State of Kentucky. She is the widow of Delmar White.

661.    Plaintiff S.W., a minor represented by his legal guardian, Michelle White, is a citizen of the United States and domiciled in the State of Kentucky. He is the son of Delmar White.

662.    Shelby White is a citizen of the United States and domiciled in the State of Kentucky. She is the daughter of Delmar White.

663.    Plaintiff Perry White is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Delmar White.

664.    Plaintiff Robert White is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Delmar White.

665.    Plaintiff Michelle White brings an action individually and on behalf of the Estate of Delmar White, as its legal representative.

666.    As a result of the attack, and the death of Delmar White, Plaintiffs Michelle White, S.W., Shelby White, Perry White and Robert White have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/brother's companionship, comfort, advice and counsel.

## 39.    THE SEPTEMBER 4, 2007 ATTACK – BAGHDAD

### The Murray Family

667.    Joel L. Murray was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

668.    On September 4, 2007, Joel L. Murray, aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

669.    Joel L. Murray was killed in the attack.

670.    The weapon used to kill Joel L. Murray was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

671.    Plaintiff Maricel Murray is a citizen of the United States and domiciled in the State of Kansas. She is the widow of Joel L. Murray.

672.    Plaintiff J.M., a minor represented by his legal guardian, Maricel Murray, is a citizen of the United States and domiciled in the State of Kansas. He is the son of Joel L. Murray.

673.    Plaintiff Maricel Murray brings an action individually and on behalf of the Estate of Joel L. Murray, as its legal representative.

674.     As a result of the attack, and the death of Joel L. Murray, Maricel Murray and J.M. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Shelton Family**

675.     Randol S. Shelton was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

676.     On September 4, 2007, Randol S. Shelton, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

677.     Randol S. Shelton was killed in the attack.

678.     The weapon used to kill Randol S. Shelton was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

679.     Plaintiff Bryan S. Shelton is a citizen of the United States and domiciled in the State of Illinois. He is the father of Randol S. Shelton.

680.     Plaintiff Amanda Shelton is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Randol S. Shelton.

681.     Plaintiff Bryan T. Shelton is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Randol S. Shelton.

682.     Plaintiff Bryan S. Shelton brings an action individually and on behalf of the Estate of Randol S. Shelton, as its legal representative.

683.     As a result of the attack, and the death of Randol S. Shelton, Plaintiffs Bryan S. Shelton, Amanda Shelton and Bryan T. Shelton have experienced severe mental anguish, extreme emotional pain and suffering and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 40.    THE OCTOBER 18, 2007 ATTACK – BAGHDAD

### The Geiger Family

684.    Wayne M. Geiger was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

685.    On October 18, 2007, Wayne M. Geiger, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

686.    Wayne M. Geiger was killed in the attack.

687.    The weapon used to kill Wayne M. Geiger was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

688.    Plaintiff Randall Geiger is a citizen of the United States and domiciled in the State of California. He is the father of Wayne M. Geiger.

689.    Plaintiff Kimberly Geiger is a citizen of the United States and domiciled in the State of California. She is the mother of Wayne M. Geiger.

690.    Plaintiff Jesseca Lyn Tsosie is a citizen of the United States and domiciled in the State of California. She is the sister of Wayne M. Geiger.

691.    Plaintiff Randall Geiger brings an action individually and on behalf of the Estate of Wayne M. Geiger, as its legal representative.

692.    As a result of the attack, and the death of Wayne M. Geiger, Plaintiffs Randall Geiger, Kimberly Geiger and Jesseca Lyn Tsosie have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's companionship, comfort, advice and counsel.

## 41.   THE DECEMBER 1, 2007 ATTACK – BAGHDAD

**The Reece Family**

693.    Matthew K. Reece was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

694.    On December 1, 2007, Matthew K. Reece, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

695.    Matthew K. Reece was killed in the attack.

696.    The weapon used to kill Matthew K. Reece was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

697.    Plaintiff Tammy Vanderwaal is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Matthew K. Reece.

698.    Plaintiff A.L.R., a minor represented by her legal guardian Tammy Vanderwaal, is a citizen of the United States and domiciled in the State of Arkansas. She is the daughter of Matthew K. Reece.

699.    Plaintiff Preston S. Reece is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Matthew K. Reece.

700.    Plaintiff Shaylyn C. Reece is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Matthew K. Reece.

701.    As a result of the attack, and the death of Matthew K. Reece, Plaintiffs Tammy Vanderwaal, A.L.R., Preston Shane Reece, and Shaylyn C. Reece have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/father's/brother's society, companionship, comfort, advice and counsel.

## 42.   THE JANUARY 6, 2008 ATTACK – BAGHDAD

**The Gudridge Family**

702.   James D. Gudridge was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

703.   On January 6, 2008, James D. Gudridge, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

704.   James D. Gudridge was killed in the attack.

705.   The weapon used to kill James D. Gudridge was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

706.   Plaintiff Ashley Gudridge Houppert is a citizen of the United States and domiciled in the State of New York. She is the sister of James D. Gudridge.

707.   Plaintiff Judy Hoffman Gudridge is a citizen of the United States and domiciled in the State of Florida. She is the mother of James D. Gudridge.

708.   As a result of the attack, and the death of James D. Gudridge, Plaintiffs Ashley Gudridge Houppert and Judy Gudridge have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's/son's society, companionship, comfort, advice and counsel.

**The Schichtl Family**

709.   Plaintiff Joshua Schichtl is a citizen of the United States and domiciled in the State of Florida.

710.   On January 6, 2008, Joshua Schichtl, then 40, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

711.   The weapon used to injure Joshua Schichtl was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

712.    As a result of the attack, Joshua Schichtl lost the use of his right eye.  He also sustained shrapnel to his body, impacting his left eye, face and bicep.

713.    As a result of the blast, his cheekbone and roof of his mouth were shattered and he lost a number of his teeth. His lower jawbone was broken in 19 locations and he has had pins placed in the area to attempt to provide some stability. He is still unable to open his mouth as wide as necessary and chewing continues to be difficult.

714.    Joshua Schichtl received medical treatment both as an in-patient and resident for approximately five years.

715.    He has undergone multiple surgeries including bone and skin grafts, many of which have involved the reconstruction of his mouth.

716.    Significant scarring is apparent on his face.

717.    Joshua Schichtl has been diagnosed with TBI and an anxiety disorder, and has sought and continues to seek counseling.

718.    He still experiences frequent pain.

719.    As a result of the attack, and the injuries he suffered, Plaintiff Joshua Schichtl has experienced severe physical and mental anguish and extreme emotional pain and suffering.

720.    Plaintiff Mark Schichtl is a citizen of the United States and domiciled in the State of Arkansas. He is the father of Joshua Schichtl.

721.    Plaintiff Katharine Prowse is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Joshua Schichtl.

722.    Plaintiff Nicholas Prowse is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Joshua Schichtl.

723.    Plaintiff H.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

724.     Plaintiff S.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

725.     Plaintiff C.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

726.     Plaintiff A.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

727.     As a result of the attack, and the injuries Joshua Schichtl has suffered, Plaintiffs Mark Schichtl, Katharine Prowse, Nicholas Prowse, H.S., S.S., C.S. and A.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

**The Wadleigh Family**

728.     Plaintiff Steve Wadleigh is a citizen of the United States and domiciled in the State of Washington.

729.     On January 6, 2008, Steve Wadleigh, then 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

730.     The weapon used to injure Steve Wadleigh was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

731.     As a result of the attack, Steve Wadleigh sustained shrapnel to his face, neck, and shoulder. Shrapnel was imbedded in his jaw bone, necessitating both facial surgery oral surgeries.

732.     The impact of the blast caused his head to be thrown into the window of the vehicle. Mr. Wadleigh sustained a concussion and has been diagnosed with TBI.

733.     In addition, his ear drum was perforated and his tooth was broken.

734.     The vision in his left eye has been diminished and he continues to experience pain in his shoulder and hip.

735.    He has been diagnosed with PTSD and he has sought counseling. He has experienced night terrors and has been prescribed medication to address them and other sleep-related issues.

736.    The effects of the PTSD, along with the TBI, impact his daily living.

737.    As a result of the attack, and the injuries he suffered, Plaintiff Steve Wadleigh has experienced severe physical and mental anguish and extreme emotional pain and suffering.

738.    Plaintiff Lee-Ann Wadleigh is a citizen of the United States and domiciled in the State of Washington. She is the wife of Steve Wadleigh.

739.    As a result of the attack, and the injuries Steve Wadleigh has suffered, Plaintiff Lee-Ann Wadleigh has experienced severe mental anguish, and extreme emotional pain and suffering.

## 43.    **THE JANUARY 26, 2008 ATTACK – BAGHDAD**

**The Wilson Family**

740.    Robert J. Wilson was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

741.    On January 26, 2008, Robert J. Wilson, aged 28, was serving in the U.S. military when an IED detonated near his dismounted patrol.

742.    Robert J. Wilson died in the attack.

743.    The terrorist group that planned and executed the IED attack, the Mahdi Army, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

744.    Plaintiff Willie Wilson, II is a citizen of the United States and domiciled in the State of Illinois. He is the father of Robert J. Wilson.

745.    As a result of the attack, and the death of Robert J. Wilson, Plaintiff Willie Wilson, II has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

**44.**    **THE FEBRUARY 20, 2008 ATTACK – BAGHDAD**

**The Alvarez Family**

746.    Conrad Alvarez was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

747.    On February 20, 2008, Conrad Alvarez, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

748.    Conrad Alvarez was killed in the attack.

749.    The weapon used to kill Conrad Alvarez was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

750.    Plaintiff Maira Alvarez is a citizen of the United States and domiciled in the State of Texas. She is the widow of Conrad Alvarez.

751.    Plaintiff A.A., a minor represented by her legal guardian, Maira Alvarez, is a citizen of the United States and the daughter of Conrad Alvarez.

752.    Plaintiff C.A., a minor represented by her legal guardian, Maira Alvarez, is a citizen of the United States and the daughter of Conrad Alvarez.

753.    Plaintiff K.A., a minor represented by his legal guardian, Maira Alvarez, is a citizen of the United States and the son of Conrad Alvarez.

754.    Plaintiff Maira Alvarez brings a claim individually and on behalf of the Estate of Conrad Alvarez, as its legal representative.

755.    As a result of the attack, and the death of Conrad Alvarez, Plaintiffs Maira Alvarez, A.A., C.A. and K.A. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Whitehorse Family**

756.    Plaintiff Jason Whitehorse is a citizen of the United States and domiciled in the State of New Mexico.

757.    On February 20, 2008, Jason Whitehorse, then 22, was serving in the U.S. military in Iraq.

758.    Mr. Whitehorse was on a routine patrol in Baghdad when his vehicle was struck by an EFP.

759.    The weapon used to injure Mr. Whitehorse was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

760.    As a result of the attack, he sustained injuries due to the impact of shrapnel impacting his body.  This has resulted in scarring.

761.    Apart from the shrapnel-related injuries he also sustained burns to his skin. This has also resulted in scarring.

762.    Mr. Whitehorse has been diagnosed with PTSD and major depression and has received treatment and counseling.

763.    Mr. Whitehorse continues to experience emotional distress, depression and survivor's guilt.

764.    As a result of the attack, and the injuries he suffered, Plaintiff Jason Whitehorse has experienced severe mental anguish and extreme emotional pain and suffering.

## 45.    THE MARCH 17, 2008 ATTACK – BAGHDAD

**The Elledge Family**

765.    Michael D. Elledge was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

766.     On March 17, 2008, Michael D. Elledge, aged 41, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

767.     Michael D. Elledge was killed in the attack.

768.     The weapon used to kill Michael D. Elledge was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

769.     Plaintiff Marion Crimens is a citizen of the United States and domiciled in the State of Florida. She is the mother of Michael D. Elledge.

770.     Plaintiff Timothy W. Elledge is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Michael D. Elledge.

771.     As a result of the attack, and the death of Michael D. Elledge, Plaintiffs Marion Crimens and Timothy W. Elledge have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 46.  THE MARCH 17, 2008 ATTACK – BAGHDAD

**The Levi Family**

772.     Plaintiff Christopher Levi is a citizen of the United States and domiciled in Holbrook, in the State of New York.

773.     On March 17, 2008, Christopher Levi, then 23, was serving in the U.S. military in Iraq.

774.     Mr. Levi was in a convoy when an EFP struck his vehicle.

775.     The weapon used to injure Mr. Levi was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

776.     As a result of the attack, Mr. Levi lost both of his legs.

777.    He also sustained a fracture of his right ulna and loss of the second metacarpal in his right hand.

778.    In addition to adjusting to life as a double amputee through the use of prosthetics and a wheelchair, Mr. Levi continues to experience numbness in his left arm.

779.    He also suffers from a TBI.

780.    As a result of the attack, and the injuries he suffered, Plaintiff Christopher Levi has experienced severe physical and mental anguish and extreme emotional pain and suffering.

781.    Plaintiff Eric Levi is a citizen of the United States and domiciled in the State of New York. He is the father of Christopher Levi.

782.    Plaintiff Debra Levi is a citizen of the United States and domiciled in the State of New York. She is the mother of Christopher Levi.

783.    Plaintiff Emily Levi is a citizen of the United States and domiciled in the State of New York. She is the sister of Christopher Levi.

784.    Plaintiff Kimberly Vesey is a citizen of the United States and domiciled in the State of New York. She is the sister of Christopher Levi.

785.    As a result of the attack, and the injuries suffered by Christopher Levi, Plaintiffs Eric Levi, Debra Levi, Emily Levi and Kimberly Vesey have experienced severe mental anguish, and extreme emotional pain and suffering.

## 47.    THE MARCH 29, 2008 ATTACK – BAGHDAD

### The Miller Family

786.    Patrick J. Miller was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

787.    On March 29, 2008, Patrick J. Miller aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

788.    Patrick J. Miller was killed in the attack.

789.    The weapon used to kill Patrick J. Miller was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

790.    Plaintiff Kim Miller is a citizen of the United States and domiciled in the State of Florida. She is the mother of Patrick J. Miller.

791.    Plaintiff Michael J. Miller is a citizen of the United States and domiciled in the State of Florida. He is the brother of Patrick J. Miller.

792.    As a result of the attack, and the death of Patrick J. Miller, Plaintiffs Kim Miller and Michael J. Miller have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 48.    THE MARCH 30, 2008 ATTACK – BAGHDAD

**The Bailey Family**

793.    Plaintiff Walter Bailey is a citizen of the United States and domiciled in the State of Florida.

794.    On March 30, 2008, Walter Bailey, then 19, was serving in the U.S. military in Iraq.

795.    Mr. Bailey was returning to base when his vehicle was struck by an EFP.

796.    The weapon used to injure Mr. Bailey was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

797.    As a result of the attack, Mr. Bailey sustained multiple pieces of shrapnel in his right arm and both legs. He was also struck by shrapnel in his face and arm.

798.    As a result of the attack, Walter Bailey lost consciousness.

799.    He has been diagnosed with both a TBI and PTSD.

800.    Mr. Bailey has also experienced memory loss.

801.    He has sought and continues to avail himself of counseling for the emotional injuries caused by the attack.

802.    As a result of the attack, and the injuries he suffered, Plaintiff Walter Bailey has experienced severe physical and mental anguish and extreme emotional pain and suffering.

803.    Plaintiff Cassandra Bailey is a citizen of the United States and domiciled in the State of Florida. She is the wife of Walter Bailey.

804.    As a result of the injuries suffered by Walter Bailey, Cassandra Bailey has sought counseling and been prescribed medication.

805.    As a result of the attack, and the injuries Walter Bailey suffered, Plaintiff Cassandra Bailey has experienced severe mental anguish, and extreme emotional pain and suffering.

## 49.    **THE MARCH 30, 2008 ATTACK – BAGHDAD**

### **The Gilmore Family**

806.    Terrell W. Gilmore, Sr. was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

807.    On March 30, 2008, Terrell W. Gilmore, Sr., aged 38, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

808.    Terrell W. Gilmore, Sr. was killed in the attack.

809.    The weapon used to kill Terrell W. Gilmore, Sr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

810.    The terrorist group that planned and executed the attack, the Mahdi Army/Special Groups, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

811.    Plaintiff Kacey Gilmore is a citizen of the United States and domiciled in the State of Louisiana. She is the daughter of Terrell W. Gilmore, Sr.

812.    Plaintiff Terrell Gilmore, Jr. is a citizen of the United States and domiciled in the State of Louisiana. He is the son of Terrell W. Gilmore, Sr.

813.    As a result of the attack, and the death of Terrell W. Gilmore, Sr., Plaintiffs Kacey Gilmore and Terrell Gilmore, Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's society, companionship, comfort, advice and counsel.

## 50.    THE MARCH 31, 2008 ATTACK – BAGHDAD

### The Dhanoolal Family

814.    Dayne D. Dhanoolal was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

815.    On March 31, 2008, Dayne D. Dhanoolal, aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

816.    Dayne D. Dhanoolal was killed in the attack.

817.    The weapon used to kill Dayne D. Dhanoolal was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

818.    Plaintiff Kynesha Dhanoolal is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Dayne D. Dhanoolal.

819.    Plaintiff Kynesha Dhanoolal brings an action individually and on behalf of the Estate of Dayne D. Dhanoolal.

820.    As a result of the attack, and the death of Dayne D. Dhanoolal, Plaintiff Kynesha Dhanoolal has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

**51.**    **THE APRIL 6, 2008 ATTACK – BAGHDAD**

**The Pickett Family**

821.    Emanuel Pickett was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

822.    On April 6, 2008, Emanuel Pickett, aged 34, was serving in the U.S. military when he was involved in a mortar attack.

823.    Emanuel Pickett was killed in the attack.

824.    The terrorist group that planned and executed the mortar attack, the Mahdi Army, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

825.    Plaintiff Merlese Pickett is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Emanuel Pickett.

826.    Plaintiff Harry Cromity is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Emanuel Pickett.

827.    Plaintiff Marlen Pickett is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Emanuel Pickett.

828.    Plaintiff Kemely Pickett is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Emanuel Pickett.

829.    Plaintiff Vivian Pickett is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Emanuel Pickett.

830.    Plaintiff Kyshia Sutton is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Emanuel Pickett.

831.    Plaintiff Merlese Pickett brings an action individually and on behalf of the Estate of Emanuel Pickett as its legal representative.

832.    As a result of the attack, and the death of Emanuel Pickett, Plaintiffs Merlese Pickett, Harry Cromity, Marlen Pickett, Kemely Pickett, Vivian Pickett, and Kyshia Sutton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 52.    THE APRIL 6, 2008 ATTACK – BAGHDAD

**The Scott Family**

833.    Stephen K. Scott was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

834.    On April 6, 2008, Stephen K. Scott, aged 54, was serving in the U.S. military when he was involved in a mortar attack.

835.    Stephen K. Scott was killed in the attack.

836.    Jaysh al Mahdi, the terrorist group that planned and executed the mortar attack was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

837.    Plaintiff Rachel M. Gillette is a citizen of the United States and domiciled in the State of Missouri. She is the daughter of Stephen K. Scott.

838.    Plaintiff Rebekah Scott is a citizen of the United States and domiciled in the State of Missouri. She is the daughter of Stephen K. Scott.

839.    As a result of the attack, and the death of Stephen K. Scott, Plaintiffs Rachel M. Gillette and Rebekah Scott have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's society, companionship, comfort, advice and counsel.

**The Wolfer Family**

840.    Stuart Wolfer was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

841.     On April 6, 2008, Stuart Wolfer, aged 36, was serving in the United States military in Iraq when Jaysh al Mahdi operatives attacked his unit.

842.     Stuart Wolfer was killed as a result of injuries sustained in the attack.

843.     Jaysh al Mahdi, the terrorist group that planned and executed the mortar attack, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

844.     Plaintiff Leonard Wolfer is a citizen of the United States and domiciled in the State of Florida. He is the father of Stuart Wolfer.

845.     Plaintiff Esther Wolfer is a citizen of the United States and domiciled in the State of Florida. She is the mother of Stuart Wolfer.

846.     As a result of the attack, and the death of Stuart Wolfer, Plaintiffs Leonard Wolfer and Esther Wolfer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 53.    THE APRIL 7, 2008 ATTACK – BAGHDAD

**The Smith Family**

847.     Timothy Smith was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

848.     On April 7, 2008, Timothy Smith, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

849.     Timothy Smith was killed in the attack.

850.     The weapon used to kill Timothy Smith was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

851.     Plaintiff Patricia Smith is a citizen of the United States and domiciled in the State of California. She is the mother of Timothy Smith.

852.    Plaintiff Michael Smith is a citizen of the United States and domiciled in the State of Florida. He is the father of Timothy Smith.

853.    Plaintiff Jacqueline A. Smith is a citizen of the United States and domiciled in the State of California. She is the sister of Timothy Smith.

854.    Plaintiff Thomas Smith is a citizen of the United States and domiciled in the State of California. He is the brother of Timothy Smith.

855.    As a result of the attack, and the death of Timothy Smith, Plaintiffs Patricia Smith, Michael Smith, Jacqueline A. Smith, and Thomas Smith have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 54.    **THE APRIL 8, 2008 ATTACK – KHARGULIAH**

**The Hartley Family**

856.    Jeffery Hartley was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

857.    On April 8, 2008, Jeffery Hartley, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

858.    Jeffery Hartley was killed in the attack.

859.    The weapon used to kill Jeffery Hartley was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

860.    Plaintiff David Wade Hartley is a citizen of the United States and domiciled in the State of Texas. He is the father of Jeffery Hartley.

861.    Plaintiff David Wade Hartley brings an action individually and on behalf of the Estate of Jeffery Hartley, as its legal representative.

862.     Plaintiff David Wayne Hartley is a citizen of the United States and domiciled in the State of Texas. He is the brother of Jeffrey Hartley.

863.     Plaintiff Kaylie Hartley is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jeffery Hartley.

864.     Plaintiff Lisa Duncan is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jeffery Hartley.

865.     As a result of the attack, and the death of Jeffery Hartley, Plaintiffs David Wade Hartley, David Wayne Hartley, Kaylie Hartley and Lisa Duncan have experienced severe mental anguish, extreme emotional pain and suffering and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 55.   THE APRIL 12, 2008 ATTACK – MAHAWIL

**The Swinton Family**

866.     Plaintiff Allen Swinton is a citizen of the United States and domiciled in the State of Georgia.

867.     On April 12, 2008, Allen Swinton, then 33, was serving in the U.S. military in Iraq.

868.     Mr. Swinton's unit was providing escort duties when his vehicle was struck by an EFP.

869.     The weapon used to injure Mr. Swinton was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

870.     As a result of the explosion, Mr. Swinton's artery was severed; he lost a great amount of blood; multiple pieces of shrapnel entered his lower extremities; and his right hand was injured.

871.     Mr. Swinton underwent surgery to tie his artery; he also underwent multiple surgeries to remove shrapnel from his body.

872.     He has also undergone physical therapy to treat the injuries he sustained to his legs and hand.

873.     Mr. Swinton continues to experience pain in his lower extremities and will likely require additional treatment to address the remaining shrapnel in his body.

874.     As a result of the attack, and the injuries he suffered, Plaintiff Allen Swinton has experienced severe physical and mental anguish and extreme emotional pain and suffering.

875.     Plaintiff Temika Swinton is a citizen of the United States and domiciled in the State of Georgia. She is the wife of Allen Swinton.

876.     Plaintiff T.S., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Allen Swinton and Temika Swinton.

877.     Plaintiff T.S., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Allen Swinton and Temika Swinton.

878.     Plaintiff T.B., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Temika Swinton and the step-daughter of Allen Swinton.

879.     Plaintiff Linda Pritchett is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Allen Swinton.

880.     As a result of the attack, and the injuries Allen Swinton suffered, Plaintiffs Temika Swinton, T.S., T.S., T.B. and Linda Pritchett have experienced severe mental anguish and extreme emotional pain and suffering.

## 56.   THE APRIL 12, 2008 ATTACK – BAGHDAD

**The Allmon Family**

881.    William E. Allmon was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

882.    On April 12, 2008, William E. Allmon, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

883.    William E. Allmon was killed in the attack.

884.    The weapon used to kill William E. Allmon was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

885.    Plaintiff William Allmon is a citizen of the United States and domiciled in the State of Georgia. He is the father of William E. Allmon.

886.    As a result of the attack, and the death of William E. Allmon, Plaintiff William Allmon has experienced severe mental anguish, extreme emotional pain and suffering and loss of his son's society, companionship, comfort, advice and counsel.

## 57.   THE APRIL 21, 2008 ATTACK – BASRA

**The Vandegrift Family**

887.    Matthew R. Vandegrift was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

888.    On April 21, 2008, Matthew R. Vandegrift, aged 28, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

889.    Matthew R. Vandegrift was killed in the attack.

890.    The weapon used to kill Matthew R. Vandegrift was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

891.    Plaintiff Mary Jane Vandegrift is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Matthew R. Vandegrift.

892.    Plaintiff Mary Jane Vandegrift brings an action individually and on behalf of the Estate of Matthew R. Vandegrift, as its legal representative.

893.    John Vandegrift was the father of Matthew R. Vandegrift.

894.    John Vandegrift died on September 23, 2016.

895.    Plaintiff Mary Jane Vandegrift brings an action individually and on behalf of the Estate of John Vandegrift, as its legal representative.

896.    As a result of the attack, and the death of Matthew R. Vandegrift, the late John Vandegrift experienced and Mary Jane Vandegrift experienced and continues to experience severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 58.   THE APRIL 28, 2008 ATTACK – BAGHDAD

**The Marion Family**

897.    Adam L. Marion was a citizen of the Unites States and domiciled in the State of North Carolina when he was killed in Iraq.

898.    On April 28, 2008, Adam L. Marion, aged 26, was serving in the U.S. military in Iraq when his unit was attacked with Improvised Rocket-Assisted Munitions ("IRAMs").

899.    Adam L. Marion was killed in the attack.

900.    The terrorist group that planned and executed the attack, the Mahdi Army/Special Groups, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

901.    Plaintiff Pam Marion is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Adam L. Marion.

902.    Plaintiff Donnie Marion is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Adam L. Marion.

903.    Plaintiff Adrian McCann is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Adam L. Marion.

904.    As a result of the attack, and the death of Adam L. Marion, Plaintiffs Pam Marion, Donnie Marion and Adrian McCann have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Stone Family**

905.    Mark Stone was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

906.    On April 28, 2008, Mark Stone, aged 22, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs.

907.    Mark Stone was killed in the attack.

908.    Plaintiff Don Jason Stone is a citizen of the United States and domiciled in the State of Texas. He is the brother of Mark Stone.

909.    As a result of the attack, and the death of Mark Stone, Plaintiff Don Jason Stone has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

## 59.    THE MAY 2, 2008 ATTACK – BAGHDAD

**The Hicks Family**

910.    Corey L. Hicks was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

911.    On May 2, 2008, Corey L. Hicks, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

912.    Corey L. Hicks was killed in the attack.

913.    The weapon used to kill Corey L. Hicks was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

914.    Plaintiff Russel Hicks, Sr. is a citizen of the United States and domiciled in the State of Wyoming. He is the father of Corey L. Hicks.

915.    Plaintiff Russel Hicks, Jr. is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Corey L. Hicks.

916.    As a result of the attack, and the death of Corey L. Hicks, Plaintiffs Russel Hicks, Sr. and Russel Hicks, Jr. have experienced severe mental anguish, extreme emotional pain and suffering and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 60.    THE MAY 9, 2008 ATTACK – BAGHDAD

**The Williamson Family**

917.    Plaintiff Wesley Williamson is a citizen of the United States and domiciled in the State of New Mexico.

918.    On May 9, 2008, Wesley Williamson, then 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

919.    The weapon used to injure Mr. Williamson was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

920.    As a result of the attack, Mr. Williamson's right ulna and radius were completely shattered, and his posterior interosseous nerve was severed.

921.    Shrapnel also penetrated his body.

922.    Mr. Williamson received medical treatment in Iraq, Germany, Washington D.C., and Brooke Army Medical Center in San Antonio, Texas.

923.    He has undergone multiple procedures to stabilize his condition and address his injuries.

924.    In an attempt to regain functionality of his right arm and hand, Mr. Williamson underwent multiple surgeries.

925.    These surgeries included the installation of plates and 16 screws in his right arm and tendon transfer surgery.

926.    Mr. Williamson underwent occupational therapy for approximately 18 months. During that time, he was prescribed medications to manage the pain that he experienced.

927.    The injury to his hand has resulted in a loss of dexterity to his fingers. This has forced Mr. Williamson to re-learn simple everyday tasks such as typing.

928.    He experiences pain and limitations of movement daily.

929.    Mr. Williamson has suffered memory loss since the attack and has difficulty recalling information.

930.    He has been diagnosed with PTSD and a TBI, and has sought counseling and been prescribed medication to treat those conditions.

931.    As a result of the attack, and the injuries he suffered, Plaintiff Wesley Williamson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 61.    THE MAY 11, 2008 ATTACK – BAGHDAD

### The O'Neill Family

932.    Plaintiff Patrick O'Neill is a citizen of the United States and domiciled in the State of Virginia.

933.    On May 11, 2008, Patrick O'Neill, then 18, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

934.    Patrick O'Neill was injured in the attack.

935.    The weapon used to injure Patrick O'Neill was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

936.    As a result of the attack, Patrick O'Neill was rendered unconscious.

937.    He had sustained shrapnel in his back, buttock, and right shoulder and had also suffered injuries to his neck and face.

938.    His shoulder had been fractured and his right ear was severed in multiple places.

939.    Shrapnel had also pierced through Mr. O'Neill's body, causing his right lung to collapse.

940.    He continues to experience pain in his chest and shoulder.

941.    Mr. O'Neill was diagnosed with PTSD and has sought counseling. He continues to have nightmares stemming from the attack.

942.    As a result of the attack, and the injuries he suffered, Plaintiff Patrick O'Neill has experienced physical and mental anguish and extreme emotional pain and suffering.

943.    Plaintiff John O'Neill is a citizen of the United States and domiciled in the State of Virginia. He is the father of Patrick O'Neill.

944.    Plaintiff Dianne O'Neill is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Patrick O'Neill.

945.    As a result of the attack, and the injuries Patrick O'Neill has suffered, Plaintiffs John O'Neill and Dianne O'Neill have experienced severe mental anguish, and extreme emotional pain and suffering.

## 62.  **THE JUNE 7, 2008 ATTACK – BAGHDAD**

**The Hurst Family**

946.    David R. Hurst was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

947.    On June 7, 2008, David R. Hurst, aged 31, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

948.    David R. Hurst was killed in the attack.

949.    The weapon used to kill David R. Hurst was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

950.    Plaintiff Max W. Hurst is a citizen of the United States and domiciled in the State of Louisiana. He is the father of David R. Hurst.

951.    Plaintiff Lillian Hurst is a citizen of the United States and domiciled in the State of Louisiana. She is the step-mother of David R. Hurst.

952.    Plaintiff Christopher Hurst is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of David R. Hurst.

953.    Plaintiff Mark Hurst is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of David R. Hurst.

954.    Plaintiff Max W. Hurst brings an action individually and on behalf of the Estate of David R. Hurst, as its legal representative.

955.    As a result of the attack, and the death of David R. Hurst, Plaintiffs Max W. Hurst, Lillian Hurst, Christopher Hurst and Mark Hurst have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**63.**   **THE AUGUST 4, 2008 ATTACK – BAGHDAD**

**The Menke Family**

956.    Jonathan D. Menke was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

957.    On August 4, 2008, Jonathan D. Menke, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

958.    Jonathan D. Menke was killed in the attack.

959.    The weapon used to kill Jonathan D. Menke was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

960.    Plaintiff Daniel Menke is a citizen of the United States and domiciled in the State of Indiana. He is the father of Jonathan D. Menke.

961.    Plaintiff Paula Menke is a citizen of the United States and domiciled in the State of Indiana. She is the step-mother of Jonathan D. Menke.

962.    Plaintiff Matthew Menke is a citizen of the United States and domiciled in the State of Indiana. He is the step-brother of Jonathan D. Menke.

963.    Plaintiff Nichole Lohrig is a citizen of the United States and domiciled in the State of Indiana. She is the sister of Jonathan D. Menke.

964.    Plaintiff Daniel Menke brings an action individually and on behalf of the Estate of Jonathan D. Menke, as its legal representative.

965.    As a result of the attack, and the death of Jonathan D. Menke, Plaintiffs Daniel Menke, Paula Menke, Matthew Menke and Nichole Lohrig have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 64.  THE AUGUST 13, 2008 ATTACK – BAGHDAD

### The Hale Family

966.    James M. Hale was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

967.    On August 13, 2008, James M. Hale, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

968.    James M. Hale was killed in the attack.

969.    The weapon used to kill James M. Hale was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

970.    Plaintiff Jessica H. Williams is a citizen of the United States and domiciled in the State of Texas She is the widow of James M. Hale.

971.    Plaintiff J.H., a minor represented by his legal guardian, Jessica H. Williams, is the son of James M. Hale.

972.    Plaintiff J.H., a minor represented by his legal guardian, Jessica H. Williams, is the son of James M. Hale.

973.    Plaintiff J.H., a minor represented by his legal guardian, Jessica H. Williams, is the son of James M. Hale.

974.    Plaintiff Jessica H. Williams brings an action individually and on behalf of the Estate of James M. Hale, as its legal representative.

975.    As a result of the attack, and the death of James M. Hale, Plaintiffs Jessica H. Williams, J.H., J.H. and J.H. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 65.   THE AUGUST 26, 2008 ATTACK – SADR CITY

**The Alfonso Family**

976.   Carlo E. Alfonso was domiciled in the State of Washington when he was killed in Iraq.

977.   On August 26, 2008, Carlo E. Alfonso, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

978.   Carlo E. Alfonso was killed in the attack.

979.   The weapon used to kill Carlo E. Alfonso was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

980.   Plaintiff Rosemarie Alfonso is a citizen of the United States and domiciled in the State of Washington. She is the widow of Carlo E. Alfonso.

981.   Plaintiff K.B., a minor represented by his legal guardian Rosemarie Alfonso, is a citizen of the United States and domiciled in the State of Washington. He is the son of Carlo E. Alfonso.

982.   As a result of the attack, and the death of Carlo E. Alfonso, Plaintiffs Rosemarie Alfonso and K.B. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 66.   THE SEPTEMBER 1, 2008 ATTACK – MOSUL

**The Shaffer Family**

983.   Plaintiff Charles James Shaffer is a citizen of the United States and domiciled in the State of Illinois, County of St. Clair.

984.   On September 1, 2008, Charles James Shaffer, then age 23, was serving in the U.S. military in Iraq as part of the U.S. peacekeeping mission authorized by the U.N. Security Council

in October 2003 to maintain "security and stability." S.C. Res. 1511, para. 13, U.N. Doc. S/RES/1511 (Oct. 16, 2003).

985.    Mr. Shaffer was on routine patrol in Mosul when his vehicle was struck by an Iranian-supplied RKG-3 armor-penetrating anti-tank munition.

986.    As a result of the attack, he sustained injuries that included second degree burns to his face and hands, significant loss of blood, and damage to his right leg.

987.    The injuries necessitated an above-the-knee amputation of Mr. Shaffer's right leg.

988.    He was placed in a medically-induced coma for four days.

989.    Mr. Shaffer was initially treated in Iraq and subsequently received treatment in Germany, primarily to prepare him for travel and treatment at Walter Reed Hospital in the United States. He remained at Walter Reed Hospital through August 2010.

990.    Initially, Mr. Shaffer underwent surgeries every few days, for weeks, to address infection, treat the amputation site, and attend to the remaining limb. Multiple procedures were also performed to address and repair the affected area.

991.    The second-degree burns required laser treatment to his face to address the discoloration that had resulted.

992.    Mr. Shaffer has also experienced "phantom limb" pain and sensations.

993.    Mr. Shaffer has been diagnosed with Post-Traumatic Stress Disorder ("PTSD") and Traumatic Brain Injury ("TBI") and experiences memory loss. He has been prescribed medication to address the symptoms of these conditions and emotional impact of the attack.

994.    Mr. Shaffer continues to experience pain and emotional distress daily, and he has received and continues to receive treatment for his injuries.

995.    As a result of the attack, and the injuries he suffered, Plaintiff Charles James Shaffer has experienced severe physical and mental anguish and extreme emotional pain and suffering.

996. Plaintiff Charles L. Shaffer, Jr. is a citizen of the United States and domiciled in the State of Illinois, County of St. Clair. He is the father of Charles James Shaffer.

997. As a result of the attack, and the injuries Charles James Shaffer suffered, Plaintiff Charles L. Shaffer, Jr. has experienced severe mental anguish and extreme emotional pain and suffering.

## 67. THE SEPTEMBER 4, 2008 ATTACK – BAGHDAD

### The Mayne Family

998. Kennith W. Mayne was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

999. On September 4, 2008, Kennith W. Mayne, aged 29, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1000. Kennith W. Mayne was killed in the attack.

1001. The weapon used to kill Kennith W. Mayne was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1002. Plaintiff Michelle Benavidez is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Kennith W. Mayne.

1003. Plaintiff Daniel Benavidez is a citizen of the United States and domiciled in the State of Colorado. He is the step-father of Kennith W. Mayne.

1004. Plaintiff Christina Biederman is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Kennith W. Mayne.

1005. Plaintiff Daniel Benavidez, Jr. is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Kennith W. Mayne.

1006. Plaintiff Jennifer Morman is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Kennith W. Mayne.

1007.   Plaintiff Michelle Benavidez brings an action individually and on behalf of the Estate of Kennith W. Mayne, as its legal representative.

1008.   As a result of the attack, and the death of Kennith W. Mayne, Plaintiffs Michelle Benavidez, Daniel Benavidez, Christina Biederman, Daniel Benavidez, Jr. and Jennifer Morman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**Christopher Miller**

1009.   Plaintiff Christopher Miller is a citizen of the United States and domiciled in the State of Ohio.

1010.   On September 4, 2008, Christopher Miller, then 19, was serving in the U.S. military in Iraq.

1011.   Mr. Miller's vehicle was struck, and he was injured, by an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1012.   As a result of the attack, Mr. Miller lost part of his right leg, rendering him a below-the-knee amputee.

1013.   He also lost part of his left leg.

1014.   Mr. Miller developed gangrene in both his leg and foot, necessitating multiple medical procedures.

1015.   During part of his treatment, he was placed in a medically-induced coma.

1016.   Mr. Miller has received physical therapy.

1017.   He has also received counseling for his emotional injuries.

1018.   As a result of the attack, and the injuries he suffered, Plaintiff Christopher Miller has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 68.   THE OCTOBER 16, 2008 ATTACK – BAQUBAH

**The Eggleston Family**

1019.   Cody J. Eggleston was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

1020.   On October 16, 2008, Cody J. Eggleston, aged 21, was serving in the U.S. military when he was involved in a mortar attack.

1021.   Cody J. Eggleston was killed in the attack.

1022.   The terrorist group that planned and executed the mortar attack, the Mahdi Army/Special Groups, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

1023.   Plaintiff Angeline (Angie) Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Cody J. Eggleston.

1024.   Plaintiff Kaytrina Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Cody J. Eggleston.

1025.   Plaintiff Shilyn Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Cody J. Eggleston.

1026.   As a result of the attack, and the death of Cody J. Eggleston, Plaintiffs Angie Jackson, Kaytrina Jackson and Shilyn Jackson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 69.   THE DECEMBER 28, 2008 ATTACK – SADR CITY

**The Gonzales Family**

1027.   Tony J. Gonzales was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1028.   On December 28, 2008, Tony J. Gonzales, aged 20, was serving in the United States military in Iraq an improvised explosive device detonated near his vehicle.

1029.   Tony J. Gonzales was killed in the attack.

1030.   The weapon used to kill Tony J. Gonzales was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1031.   Plaintiff Tony Gonzales is a citizen of the United States and domiciled in the State of Texas. He is the father of Tony J. Gonzales.

1032.   Plaintiff Marlynn Gonzales is a citizen of the United States and domiciled in the State of Texas. She is the mother of Tony J. Gonzales.

1033.   Plaintiff Tamara Runzel is a citizen of the United States and domiciled in the State of California. She is the sister of Tony J. Gonzales.

1034.   Plaintiff Megan People is a citizen of the United States and domiciled in the State of California. She is the sister of Tony J. Gonzales.

1035.   Plaintiff Shaula Shaffer is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Tony J. Gonzales.

1036.   As a result of the attack, and the death of Tony J. Gonzales, Plaintiffs Tony Gonzales, Marlynn Gonzales, Tamara Runzel, Megan People, and Shaula Shaffer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 70.   THE JANUARY 10, 2009 ATTACK – BAGHDAD

### The Bauer Family

1037.   Justin Bauer was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

1038.   On January 10, 2009, Justin Bauer, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1039.   Justin Bauer was killed in the attack.

1040.   The weapon used to kill Justin Bauer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1041.   Plaintiff Kari Carosella is a citizen of the United States and domiciled in the State of Colorado. She is the widow of Justin Bauer.

1042.   Plaintiff Gregory Bauer is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Justin Bauer.

1043.   Plaintiff Kari Carosella brings an action individually and on behalf of the Estate of Justin Bauer, as its legal representative.

1044.   As a result of the attack, and the death of Justin Bauer, Plaintiffs Kari Carosella and Gregory Bauer has experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's society, companionship, comfort, advice and counsel.

**The Bradley Family**

1045.   Plaintiff Andrew Bradley is a citizen of the United States and domiciled in the State of Texas.

1046.   On January 10, 2009, Andrew Bradley, then 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1047.   As a result of the attack, Mr. Bradley lost part of his right leg, rendering him a below-the-knee amputee.

1048.   He also sustained burns on his left foot and has experienced nerve damage in that foot.

1049.    Apart from treatment in Iraq and Germany, Mr. Bradley received in-patient treatment at Brooke Army Medical Center for over one year.

1050.    Surgeons performed bone reconstruction in an effort to retain as much of his joint area as possible.

1051.    He also underwent multiple procedures to address infections in his wounds.

1052.    He has received physical therapy and has been prescribed medications to address pain resulting from his injuries.

1053.    Mr. Bradley has also required treatment for medical conditions that developed from issues involving his prosthetics.

1054.    Mr. Bradley continues to experience pain and emotional distress each day, and he receives treatment for his injuries as necessary.

1055.    As a result of the attack, and the injuries he suffered, Plaintiff Mr. Bradley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1056.    Plaintiff Julie Salhus is a citizen of the United States and domiciled in the State of Texas. She is the mother of Andrew Bradley.

1057.    Plaintiff Kristen Galen is a citizen of the United States and domiciled in the State of Texas. She is the sister of Andrew Bradley.

1058.    As a result of the attack, and the injuries Andrew Bradley suffered, Plaintiffs Julie Salhus and Kristen Galen have experienced severe mental anguish and extreme emotional pain and suffering.

## 71.    THE JANUARY 18, 2009 ATTACK – BAGHDAD

### The Andrade Family

1059.    Roberto Andrade, Jr. was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1060.   On January 18, 2009, Roberto Andrade, Jr., aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1061.   Roberto Andrade, Jr. was killed in the attack.

1062.   The weapon used to kill Roberto Andrade, Jr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1063.   Plaintiff Roberto Andrade, Sr. is a citizen of the United States and domiciled in the State of Arizona. He is the father of Roberto Andrade, Jr.

1064.   Plaintiff Sandra Valencia is a citizen of the United States and domiciled in the State of California. She is the mother of Roberto Andrade, Jr.

1065.   Plaintiff Veronica Pena Andrade is a citizen of the United States and domiciled in the State of Arizona. She is the step-mother of Roberto Andrade, Jr.

1066.   Plaintiff Angelica Andrade is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Roberto Andrade, Jr.

1067.   Plaintiff Veronica D. Andrade is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Roberto Andrade, Jr.

1068.   Plaintiff Roberto Andrade, Sr. brings a claim individually and on behalf of the Estate of Roberto Andrade, Jr., as its legal representative.

1069.   As a result of the attack, and the death of Roberto Andrade, Jr., Plaintiffs Roberto Andrade, Sr., Sandra Valencia, Veronica Pena Andrade, Angelica Andrade, and Veronica D. Andrade have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 72.    THE APRIL 22, 2009 ATTACK – BAGHDAD

**The Davis Family**

1070.    Brad A. Davis was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1071.    On April 22, 2009, Brad A. Davis, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1072.    Brad A. Davis was killed in the attack.

1073.    The weapon used to kill Brad A. Davis was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1074.    Plaintiff Theresa Davis is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Brad A. Davis.

1075.    As a result of the attack, and the death of Brad A. Davis, Plaintiff Theresa Davis has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 73.    THE MAY 16, 2009 ATTACK – BASRA

**The Schaefer Family**

1076.    David Schaefer was a citizen of the United States and domiciled in the State of Illinois, County of St. Clair, when he was killed in Iraq.

1077.    On May 16, 2009, David Schaefer, aged 27, was serving in the United States military in Iraq as part of the aforementioned U.S. peacekeeping mission when an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq detonated near his unit.

1078.    David Schaefer was killed in the attack.

1079.   Plaintiff Rhonda Kemper is a citizen of the United States and domiciled in the State of Illinois, County of Randolph. She is the mother of David Schaefer.

1080.   As a result of the attack, and the death of David Schaefer, Plaintiff Rhonda Kemper has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 74.   THE MAY 17, 2009 ATTACK – BAGHDAD

**The Canine Family**

1081.   Plaintiff Robert Canine is a citizen of the United States and domiciled in the State of Missouri.

1082.   On May 17, 2009, Robert Canine, then 29, was serving in the U.S. military in Iraq.

1083.   Mr. Canine was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP.

1084.   The weapon used to injure Mr. Canine was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1085.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel and portions of the explosive device impacting his body.

1086.   Mr. Canine's injuries included significant damage to his right leg and foot and the essential removal of the toes of his left foot as well as the loss of a great deal of blood.

1087.   The injuries necessitated the amputation of his right leg and left foot.

1088.   Apart from the injuries to his legs and feet, he also sustained a large laceration that ran from his buttocks to the back of his knee. It was determined that muscle and tissue was removed in these areas due to the blast.

1089.   Mr. Canine has suffered infections that have required treatment and assessment.

1090.   Apart from medical treatment while in Iraq, Mr. Canine received treatment and rehabilitation at Walter Reed Hospital for approximately 18 months.

1091.   Mr. Canine has been diagnosed with PTSD and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

1092.   Mr. Canine continues to experience pain and emotional distress each day, and he receives treatment for his injuries.

1093.   As a result of the attack, and the injuries he suffered, Plaintiff Robert Canine has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1094.   Plaintiff Janet Jones is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Robert Canine.

1095.   Plaintiff Calvin Canine is a citizen of the United States and domiciled in the State of Missouri. He is the father of Robert Canine.

1096.   Plaintiff James Canine is a citizen of the United States and domiciled in the State of Missouri. He is the brother of Robert Canine.

1097.   As a result of the attack, and the injuries Robert Canine suffered, Plaintiffs Janet Jones, Calvin Canine and James Canine have experienced severe mental anguish and extreme emotional pain and suffering.

**The Murphy Family**

1098.   Plaintiff Rhett Murphy is a citizen of the United States and domiciled in the State of Florida.

1099.   On May 17, 2009, Rhett Murphy, then 30, was serving in the U.S. military in Iraq.

1100.   Mr. Murphy was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP.

1101.   The weapon used to injure Mr. Murphy was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1102.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel impacting his body.  This has resulted in scarring.

1103.   Apart from the shrapnel-related injuries he also sustained injuries to the tendons in his left hand a fracture of his finger. These have necessitated various surgical procedures.

1104.   Mr. Murphy has been diagnosed with PTSD and major depression and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

1105.   Mr. Murphy continues emotional distress and he receives treatment for his injuries.

1106.   As a result of the attack, and the injuries he suffered, Plaintiff Rhett Murphy has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 75.   <u>THE JUNE 28, 2009 ATTACK – BAGHDAD</u>

**<u>The David Family</u>**

1107.   Timothy A. David was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1108.   On June 28, 2009, Timothy A. David, aged 28, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1109.   Timothy A. David was killed in the attack.

1110.   The weapon used to kill Timothy A. David was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1111.   Plaintiff Linda David is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Timothy A. David.

1112.   Plaintiff Michael David is a citizen of the United States and domiciled in the State of Michigan. He is the father of Timothy A. David.

1113.   Plaintiff Christopher David is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Timothy A. David.

1114.   Plaintiff Linda David brings an action individually and on behalf of the Estate of Timothy A. David, as its legal representative.

1115.   As a result of the attack, and the death of Timothy A. David, Plaintiffs Linda David, Michael David and Christopher David have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 76.   **THE JUNE 29, 2009 ATTACK – BAGHDAD**

**The Karcher Family**

1116.   Plaintiff Timothy Karcher is a citizen of the United States and domiciled in the State of Texas.

1117.   On June 29, 2009, Timothy Karcher, then 42, was serving in the U.S. military in Iraq.

1118.   Mr. Karcher was on patrol with his unit on the outskirts of Sadr City in Baghdad when his vehicle was struck by an EFP.

1119.   The weapon used to injure Mr. Karcher was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1120.   As a result of the attack, he lost both of his legs, suffered internal bleeding, kidney failure, serious cardiac and respiratory complications and nearly died several times (both during surgeries and while suffering post-operative complications).

1121.   Mr. Karcher received extensive medical treatment at various hospitals, where he spent many months.

1122.   As a result of the attack, and the injuries he suffered, Plaintiff Timothy Karcher has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1123.   Plaintiff Alesia Karcher is a citizen of the United States and domiciled in the State of Texas. She is the wife of Timothy Karcher.

1124.   Plaintiff A.K., a minor, represented by her legal guardians Timothy Karcher and Alesia Karcher, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Timothy Karcher and Alesia Karcher.

1125.   Plaintiff Audrey Karcher is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Timothy Karcher.

1126.   Plaintiff Anna Karcher is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Timothy Karcher.

1127.   As a result of the attack, and the injuries Timothy Karcher suffered, Plaintiffs Alesia Karcher, A.K., Audrey Karcher and Anna Karcher have experienced severe mental anguish and extreme emotional pain and suffering.

## 77.   **THE JULY 16, 2009 ATTACK – BASRA**

**The Drevnick Family**

1128.   Daniel P. Drevnick was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

1129.   On July 16, 2009, Daniel P. Drevnick, aged 22, was serving in the U.S. military when he was involved in a mortar attack.

1130.   Daniel P. Drevnick was killed in the attack.

1131.   The terrorist group that planned and executed the mortar attack was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

1132.   Plaintiff Kenneth J. Drevnick is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Daniel P. Drevnick.

1133.   As a result of the attack, and the death of Daniel P. Drevnick, Plaintiff Kenneth J. Drevnick has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## 78.   THE SEPTEMBER 8, 2009 ATTACK – BAGHDAD

**The Helton Family**

1134.   Joseph D. Helton, Jr. was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

1135.   On September 8, 2009, Joseph D. Helton, Jr., aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1136.   Joseph D. Helton Jr. was killed in the attack.

1137.   The weapon used to kill Joseph D. Helton, Jr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1138.   Plaintiff Joseph Helton, Sr. is a citizen of the United States and domiciled in the State of Washington. He is the father of Joseph D. Helton, Jr.

1139.   Plaintiff Jessica Cabot is a citizen of the United States and domiciled in the State of California. She is the sister of Joseph D. Helton, Jr.

1140.   Plaintiff Jeanne Rhea McManus is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Joseph D. Helton, Jr.

1141.   Plaintiff Joseph Helton, Sr., brings an action individually and on behalf of the Estate of Joseph Helton, Jr., as its legal representative.

1142.   As a result of the attack, and the death of Joseph D. Helton, Jr., Plaintiffs Joseph Helton, Sr., Jessica Cabot, and Jeanne Rhea McManus have experienced severe mental anguish, extreme emotional pain and suffering and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 79.   THE SEPTEMBER 8, 2009 ATTACK – TIKRIT

### The Myers Family

1143.   Zachary T. Myers was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1144.   On September 8, 2009, Zachary T. Myers, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1145.   Zachary T. Myers was killed in the attack.

1146.   The weapon used to kill Zachary T. Myers was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1147.   Plaintiff Megan Marie Rice is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Zachary T. Myers.

1148.   Plaintiff R.N.R., a minor represented by her legal guardian Megan Marie Rice, is a citizen of the United States and domiciled in the State of Ohio. She is the daughter of Zachary T. Myers.

1149.   Plaintiff Tonya Latto is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Zachary T. Myers.

1150.   Plaintiff Jerry L. Myers is a citizen of the United States and domiciled in the State of Ohio. He is the father of Zachary T. Myers.

1151.   Plaintiff Jeffrey D. Price is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Zachary T. Myers.

1152.   Plaintiff Megan Marie Rice brings an action individually and on behalf of the Estate of Zachary T. Myers, as its legal representative.

1153.   As a result of the attack, and the death of Zachary T. Myers, Plaintiffs Megan Marie Rice, R.N.R., Tonya Latto, Jerry L. Myers and Jeffrey D. Price have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**<u>The Smith Family</u>**

1154.   Shannon M. Smith was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1155.   On September 8, 2009, Shannon M. Smith was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1156.   Shannon M. Smith was killed in the attack.

1157.   The weapon used to kill Shannon M. Smith was an Iranian-manufactured EFP provided to Iranian-funded and trained terror operatives in Iraq.

1158.   Plaintiff Cassie Collins is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Shannon M. Smith.

1159.   Plaintiff Deborah Smith is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Shannon M. Smith.

1160.   Plaintiff James Smith is a citizen of the United States and domiciled in the State of Ohio. He is the father of Shannon M. Smith.

1161.   Plaintiff Cory Smith is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Shannon M. Smith.

1162.   Plaintiff Christina Smith is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Shannon M. Smith.

1163.   Plaintiff Cassie Collins brings an action individually and on behalf of the Estate of Shannon M. Smith, as its legal representative.

1164.   As a result of the attack, and the death of Shannon M. Smith, Plaintiffs Cassie Collins, Deborah Smith, James Smith, Cory Smith and Christina Smith have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 80.   **THE APRIL 27, 2010 ATTACK - KHALIS**

**Nicholas Baumhoer**

1165.   Plaintiff Nicholas Baumhoer is a citizen of the United States and domiciled in the State of Indiana.

1166.   On April 27, 2010, Nicholas Baumhoer, then 20, was serving in the U.S. military in Iraq.

1167.   Mr. Baumhoer was north of his base in Iraq when his vehicle was struck by an EFP.

1168.   The weapon used to injure Mr. Baumhoer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1169.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel to his face and left arm. He also sustained a concussion.

1170.   Mr. Baumhoer underwent surgery to address internal bleeding and the removal of shrapnel.

1171.   As a result of the attack, and the injuries he suffered, Plaintiff Nicholas Baumhoer has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 81.   THE JUNE 29, 2011 ATTACK – WASIT PROVINCE

### The White Family

1172.   Plaintiff George D. White is a citizen of the United States and domiciled in the State of Texas.

1173.   On June 29, 2011, George D. White, then 39, was serving in the U.S. military in Iraq when his unit was attacked with Improvised Rocket-Assisted Munitions ("IRAMs") deployed by Kata'ib Hezbollah.

1174.   The rocket fire and one of the many explosions caused George D. White to be thrown toward the bunker.

1175.   Immediately following the attack, George D. White suffered vision and hearing loss as well as ringing in his ears. The vision loss – encompassing his night vision – and the ringing in his ears continue to the present.

1176.   He has been diagnosed with a TBI, and has experienced severe headaches, nightmares and difficulty sleeping – all conditions that he has received treatment for.

1177.   In addition, George D. White suffers from PTSD and depression.

1178.   As a result of the attack, and the injuries he suffered, Plaintiff George D. White has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1179.   Plaintiff Natalia White is a citizen of the United States and domiciled in the State of Texas. She is the wife of George D. White.

1180.   Plaintiff Kristin White is a citizen of the United States and domiciled in the State of Texas. She is the daughter of George D. White.

1181.   Plaintiff George J. White is a citizen of the United States and domiciled in the State of Florida. He is the father of George D. White.

1182.   Plaintiff Edna Luz Burgos is a citizen of the United States and domiciled in the State of Arizona. She is the mother of George D. White.

1183.   As a result of the attack, and the injuries George D. White suffered, Plaintiffs Natalia White, Kristin White, George J. White and Edna Luz Burgos have experienced severe mental anguish and extreme emotional pain and suffering.

**The McCulley Family**

1184.   Plaintiff John McCulley is a citizen of the United States and domiciled in the State of Georgia.

1185.   On June 29, 2011, John McCulley, then 32, a former soldier in the U.S. military, was serving as a civilian contractor in Iraq when Improvised Rocket-Assisted Munitions ("IRAMs") were deployed by Kata'ib Hezbollah.

1186.   Two rockets landed near Mr. McCulley.

1187.   Mr. McCulley was struck by shrapnel.

1188.   His right arm was severed at the elbow, and his left leg was badly damaged.

1189.   Mr. McCulley was hospitalized on several occasions to treat his injuries, and he has had more than 20 surgeries.

1190.   Mr. McCulley has been diagnosed with a TBI, PTSD, and has been treated for depression.

1191.   As a result of the attack, and the injuries he suffered, Plaintiff John McCulley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1192.   Plaintiff Stephanie McCulley is a citizen of the United States and domiciled in the State of Georgia. She is the wife of John McCulley.

1193.   Plaintiff T.M., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Georgia. He is the son of John McCulley.

1194.   Plaintiff R.M., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Georgia. He is the son of John McCulley.

1195.   Plaintiff B.D., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Georgia. He is the son of John McCulley.

1196.   As a result of the attack, and the injuries John McCulley suffered, Plaintiffs Stephanie McCulley, T.M., R.M. and B.D. have experienced severe mental anguish and extreme emotional pain and suffering.

## 82.   THE JULY 7, 2011 ATTACK – BAGHDAD

### The Newby Family

1197.   Nicholas W. Newby was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

1198.   On July 7, 2011, Nicholas W. Newby, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1199.   Nicholas W. Newby was killed in the attack.

1200.   The weapon used to kill Nicholas W. Newby was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1201.   Plaintiff Theresa Hart is a citizen of the United States and domiciled in the State of Idaho. She is the mother of Nicholas W. Newby.

1202.   Plaintiff Wayne Newby is a citizen of the United States and domiciled in the State of Idaho. He is the father of Nicholas W. Newby.

1203.   Plaintiff Nathan Newby is a citizen of the United States and domiciled in the State of Idaho. He is the brother of Nicholas W. Newby.

1204.   As a result of the attack, and the death of Nicholas W. Newby, Plaintiffs Theresa Hart, Wayne Newby and Nathan Newby have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 83.   THE JULY 15, 2011 ATTACK – BASRA

### The Elliott Family

1205.   Daniel L. Elliott was a citizen of the United States and domiciled in the state of North Carolina when he was killed in Iraq.

1206.   On July 15, 2011, Daniel L. Elliott, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1207.   Daniel L. Elliott was killed in the attack.

1208.   The weapon used to kill Daniel L. Elliott was an Iranian-manufactured EFP provided to Iranian-funded and –trained terror operatives in Iraq.

1209.   Plaintiff Edward Elliott is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Daniel L. Elliott.

1210.   As a result of the attack, and the death of Daniel L. Elliott, Plaintiff Edward Elliott has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## 84.   THE NOVEMBER 14, 2011 ATTACK – BAGHDAD

**The Hickman Family**

1211.   David Emanuel Hickman was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

1212.   On November 14, 2011, David Emanuel Hickman, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1213.   David Emanuel Hickman was killed in the attack.

1214.   The weapon used to kill David Emanuel Hickman was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1215.   Plaintiff Veronica Hickman is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of David Emanuel Hickman.

1216.   Plaintiff David Eugene Hickman is a citizen of the United States and domiciled in the State of North Carolina. He is the father of David Emanuel Hickman.

1217.   Plaintiff Devon Fletcher Hickman is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of David Emanuel Hickman.

1218.   As a result of the attack, and the death of David Emanuel Hickman, Plaintiffs Veronica Hickman, David Eugene Hickman and Devon Fletcher Hickman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### AGAINST DEFENDANTS ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PERSONAL INJURY PURSUANT TO 28 U.S.C. § 1605A(c)

1219.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1220.   Plaintiffs identified in the foregoing paragraphs were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)) to Hezbollah and the IRGC which planned, conspired and provided substantial support to extrajudicial killings, attempted extrajudicial killings, torture and hostage takings that injured the Plaintiffs.

1221.   As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendants and their agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, and economic losses.

1222.   Plaintiffs' compensatory damages, include, but are not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, and any economic losses determined by the trier of fact.

1223.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c)(4).

**SECOND CLAIM FOR RELIEF**
**AGAINST DEFENDANTS ON BEHALF OF THE ESTATES OF PLAINTIFFS**
**IDENTIFIED HEREIN FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF**
**EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT**
**RESULTED IN WRONGFUL DEATH PURSUANT TO 28 U.S.C. § 1605A(c)**

1224.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1225.   The Estates of Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the decedents who were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)), to Hezbollah and the IRGC which planned, conspired and provided substantial support to acts of extrajudicial killing, torture and/or hostage taking that caused the decedents' deaths.

1226.   As a direct and proximate result of Defendants' willful, wrongful, and intentional acts and the willful, wrongful, and intentional acts of their agents, the decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering that ultimately led to their deaths.

1227.   Defendants are therefore liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering, wrongful death, survivorship, and any pecuniary loss (or loss of income to the estates).

1228.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c)(4).

## THIRD CLAIM FOR RELIEF
### AGAINST DEFENDANTS ON BEHALF OF THE FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING FOR SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS PURSUANT TO 28 U.S.C. § 1605A(c)

1229.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1230.   Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict severe emotional distress on the Plaintiffs.

1231.   As a result of Defendants' acts, the families of individuals identified in the foregoing paragraphs as injured or killed as a result of Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking have suffered severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe physical manifestations, as well as other harms to be set forth to the trier of fact.

1232.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand:

(a)     Judgment for all Plaintiffs against Defendants, jointly and severally, for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses and solatium, in amounts to be determined at trial;

(b)     Judgment for Plaintiff Estates against Defendants, jointly and severally, for compensatory damages for wrongful death, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, wrongful death, survivorship and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial;

(c)     Judgment for all Plaintiffs against Defendants, jointly and severally, for punitive damages in an amount to be determined at trial;

(d)     Plaintiffs' costs and expenses;

(e)     Plaintiffs' attorneys' fees; and

(f)     Such other and further relief as the Court finds just and equitable.

Dated: January 26, 2017

**OSEN LLC**

By      /s/ Naomi Weinberg
        Naomi Weinberg (DC Bar No. NJ006)
        Gary M. Osen (DC Bar No. NJ009)
        Ari Ungar (DC Bar No. NJ008)
        Aaron Schlanger (DC Bar No. NJ007)
        Peter Raven-Hansen, Of Counsel
        (DC Bar No. 215897)
        2 University Plaza Drive, Suite 402
        Hackensack, New Jersey
        (201) 265-6400

        **TURNER & ASSOCIATES, P.A.**
        C. Tab Turner
        4705 Somers Avenue, Suite 100
        North Little Rock, AR 72116
        (501) 791-2277

        Attorneys for Plaintiffs