CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

KELLI D. HAKE, et al.,
    Plaintiff(s)

vs.                                                                                       Civil Action No. 17-cv-114 (ESH)

BANK MARKAZI JOMHOURI ISLAMI IRAN, et al.
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 6th day of July, 2017, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) National Iranian Oil Company was [were] (select one):

☑   personally served with process on May 6, 2017 via DHL.

☐   served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐   served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑   The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 28 U.S. Code § 1608(b)(3)(B).

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑   no extension has been given and the time for filing has expired

☐   although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ William A. Friedman
Attorney for Plaintiff(s) [signature]

William A. Friedman
OSEN LLC
2 University Plaza, Suite 402
Hackensack, N.J. 07601
201-265-6400

NJ012
Bar Id. Number                                          Name, Address and Telephone Number