UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLI D. HAKE,** *et al.*, <br><br>         **Plaintiffs,** <br><br>         v. <br><br> **BANK MARKAZI JOMHOURI ISLAMI IRAN,** *et al.*, <br><br>         **Defendants.** | Civil Action No. 17-0114 (ESH) |

## ORDER

The Clerk of Court has entered defaults against the four defendants in the above-captioned case: Bank Markazi Jomhouri Islami; Bank Melli Iran; National Iranian Company; and Melli Bank Plc. (*See* Clerk's Entries of Default, ECF No. 31, 32, 33 & 35.) In response to plaintiffs' request for guidance on how to proceed (see Notice of Request for Telephone Conference, ECF No. 36), it is hereby

**ORDERED** that Plaintiffs shall file on or before **September 15, 2017**, a status report addressing the following matters:

    i. The proposed date by which Plaintiffs shall file a brief setting out the basis for the Court's personal and subject matter jurisdiction in this matter;

    ii. Whether Plaintiffs anticipate a need for discovery in this action, and if so setting out a proposed discovery plan;

    iii. Whether Plaintiffs anticipate requesting that the Court take judicial notice of any factual findings made in another case. If so, the Court shall require Plaintiffs to file an appropriate motion in which Plaintiffs shall identify with particularity the factual findings and their source and shall also carefully explain and set forth all of the legal support Plaintiffs believe exist for the Court to take this course of action. If Plaintiffs intend to file such a motion, they shall indicate the date by which they propose filing said motion;

and

iv. Whether a hearing on liability will be required and, if so, the expected duration of such hearing.

It is further **ORDERED** that after the status report is received, a status conference will be set to address the schedule for further proceedings; and it is further

**ORDERED** that plaintiffs' request for a telephone status conference to address further proceedings (*see* ECF No. 36) is denied as moot.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   August 8, 2017