UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------------x
KELLI D. HAKE, et al.,

        Plaintiffs,

-against-

        Case No.: 17-cv-114 (ESH)

BANK MARKAZI JOMHOURI ISLAMI IRAN, et al.,

        Defendants.
-----------------------------------------------------------------------x

## STATUS REPORT

Plaintiffs respectfully submit this Status Report pursuant to the Court's August 8, 2017 Scheduling Order, ECF No. 37. The numbered paragraphs below correspond to the Court's various questions.

    i.    Plaintiffs propose to file a brief setting out the basis for the Court's personal and subject matter jurisdiction in this matter **on or before August 18, 2017**;

    ii.    Plaintiffs have conducted substantial informal discovery (including through the Freedom of Information Act), which has proceeded slowly, but believe they will be able to proceed without the need for Rule 26 discovery in this action;

    iii.    Plaintiffs anticipate requesting that the Court take judicial notice of <u>limited</u> factual findings from other cases and will file a motion **on or before August 29, 2017** in which they will identify with particularity the factual findings and their source; and

    iv.    Plaintiffs propose a joint liability and limited bellwether damages hearing[1] that would last 5-6 days and expect to be prepared and available for said hearing as

---

[1] Although the Court inquired solely about whether a hearing on liability will be required, Plaintiffs believe the incorporation of a limited bellwether damages presentation would promote efficiency and conserve judicial resources because several of the Plaintiffs are also eyewitnesses to the attacks at issue.

**early as November 13, 2017**, all, of course, subject to the Court's availability. Subject to the Court's preferences, Plaintiffs propose completing the Court's evaluation of damages through the appointment of Special Masters whose determinations would be subject to the Court's review before the entry of judgment.

Dated: August 11, 2017

Respectfully submitted,

OSEN LLC

By /s/ Gary M. Osen
Gary M. Osen (DC Bar No. NJ009)
Ari Ungar (DC Bar No. NJ008)
William A. Friedman (DC Bar No. NJ012)
2 University Plaza, Suite 402
Hackensack, NJ 07601
Tel. (201) 265-6400

TURNER & ASSOCIATES, P.A.
C. Tab Turner
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Tel. (501) 791-2277

Attorneys for Plaintiffs