UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------x
KELLI D. HAKE, et al.,                                                  :
                                                                        :
        Plaintiffs,                                              :
                                                                        :
                                                                        :   Case No. 17-cv-114 (TJK)
-against-                                                               :
                                                                        :
BANK MARKAZI JOMHOURI ISLAMI IRAN, et al.,                              :
                                                                        :
        Defendants.                                              :
------------------------------------------------------------------------X

## **PLAINTIFFS' NOTICE OF NEW AUTHORITY**

      Plaintiffs, by and through their undersigned attorneys, respectfully write to bring to the Court's attention the recent decision issued by Judge Kollar-Kotelly in *Karcher, et al. v. Islamic Republic of Iran*, No. 16-cv-232 (D.D.C. Aug. 26, 2019), attached as **Exhibit A**. The *Karcher* court granted certain of the *Karcher* plaintiffs default judgment against defendant Islamic Republic of Iran under the Terrorism Exception to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605A. The court found that Iran had provided material support for the purpose of extrajudicial killing and hostage taking to Iranian proxies and Hezbollah, which killed and injured those plaintiffs, via Iran's Islamic Revolutionary Guard Corps ("IRGC") and IRGC-Qods Force ("IRGC-QF"). The court noted that it had arrived at its finding based on a "substantial amount of evidence submitted before and during [the] trial." Specifically, the court ruled that the *Karcher* plaintiffs had established liability for each of the seven bellwether attacks they presented at the trial which took place on December 3-6, 2018: six bellwether attacks that plaintiffs alleged were perpetrated with Explosively Formed Penetrators ("EFPs") facilitated by Iran, and the January 20, 2007 Hezbollah-directed attack in Karbala that claimed the lives of five U.S. servicemen. With respect to the six EFP attacks, the *Karcher* court concluded that, "Iran, the IRGC-QF and/or

Hezbollah, furnished EFPs or the components thereof, facilitated training of Shi'a militia, and supported the militia's effective deployment of the weapon."

Judge Kollar-Kotelly has scheduled a conference call for August 30, 2019 to discuss the appointment of special masters to make determinations regarding liability for the other attacks in the case and damages for all plaintiffs.

Judge Kollar-Kotelly's decision has direct relevance to this case, which comprises many of the same plaintiffs and attacks as *Karcher*, and in which Plaintiffs have alleged that Defendants directed millions of U.S. dollars in arms, equipment and material to Hezbollah, the IRGC and the IRGC-QF.

Dated: August 27, 2019

                                  Respectfully submitted,

                                  OSEN LLC

By:    /s/ Dina Gielchinsky
        Gary M. Osen (DC Bar No. NJ009)
        Ari Ungar (DC Bar No. NJ008)
        Dina Gielchinsky (DC Bar No. NJ011)
        2 University Plaza, Suite 402
        Hackensack, NJ 07601
        Tel. (201) 265-6400

        TURNER & ASSOCIATES, P.A.
        C. Tab Turner
        4705 Somers Avenue, Suite 100
        North Little Rock, AR 72116
        Tel. (501) 791-2277

        *Attorneys for Plaintiffs*