UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
KELLI D. HAKE, et al.,                              :
                                                    :
            Plaintiffs,                             :
                                                    :   Case No.: 17-cv-114 (TJK)
-against-                                           :
                                                    :
BANK MARKAZI JOMHOURI ISLAMI IRAN, et al.,          :
                                                    :
            Defendants.                             :
------------------------------------------------------------------------x

**UNOPPOSED MOTION TO EXTEND THE MARCH 2, 2020
DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT
AND TO ADJOURN THE MARCH 17, 2020 STATUS CONFERENCE**

Plaintiffs respectfully submit this unopposed motion to extend the March 2, 2020 deadline to file their motion for default judgment to May 11, 2020 and adjourn the currently-scheduled March 17, 2020 status conference to an appropriate time after that date. *See* Aug. 19, 2019 Minute Order. This is Plaintiffs' first request for an extension of the deadline. Plaintiffs have retained experts on Defendants' liability and have been diligently preparing proposed findings of fact and conclusions of law in support of their motion for default judgment. However, Plaintiffs and their experts require additional time for the following three reasons:

*First*, the undersigned counsel received notice yesterday that the Second Circuit *sua sponte* placed one of counsel's major appeals on that court's expedited calendar, moving the anticipated deadline for plaintiffs-appellants' opening brief from March 18, 2020 to February 27, 2020. *See* Notice, *Licci v. Am. Express Bank Ltd.*, No. 19-3522 (2d Cir. Jan. 23, 2020), ECF No. 42.

*Second*, Plaintiffs are in a critical stage of court-supervised discovery against one of the third-party banks they subpoenaed pursuant to this Court's May 2, 2018 Minute Order permitting third party discovery. Specifically, the District Court for the Southern District of New York

overseeing Plaintiffs' motion to compel production from HSBC Bank USA N.A. ("HSBC") recently ordered HSBC to produce documents from its auditor, Deloitte, relating to HSBC's alleged illegal dollar-clearing for Iranian entities, including Defendants here. *See* Order, *Hake v. Citibank N.A.*, 19-mc-125-JGK-KHP (S.D.N.Y. Jan. 10, 2020), ECF No. 113. The *Citibank* court also ordered HSBC to produce an affidavit by February 14, 2020 as to the location of other potentially responsive records and has ordered Plaintiffs and HSBC to appear at a status conference on February 18, 2020. Although the *Citibank* court is aware of the deadlines in this case, Plaintiffs hope additional time will allow them to obtain records from HSBC helpful to this Court's review of Plaintiffs' motion for default judgment (and resolve their motion to compel).

*Third*, following the January 3, 2020 death of Qasem Soleimani, the commander of the Islamic Revolutionary Guards Corps-Quds Force ("IRGC-QF"),[1] the U.S. government has intensified its designation efforts against persons and entities providing material support to the Islamic Revolutionary Guards Corps ("IRGC"). For instance, yesterday, the U.S. Treasury Department designated four petrochemical companies "that have collectively transferred the equivalent of hundreds of millions of dollars' worth of exports from the National Iranian Oil Company (NIOC), an entity instrumental in Iran's petroleum and petrochemical industries, which helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies." Press Release, U.S. Treasury, "Treasury Targets International Network Supporting Iran's Petrochemical and Petroleum Industries" (Jan. 23, 2020), available at https://home.treasury.gov/news/press-releases/sm885.

---

[1] The IRGC-QF, along with Iran's Lebanese proxy Hezbollah, is the component of the Iranian terror apparatus most directly responsible for committing the attacks that injured Plaintiffs. *The New York Times* recently published a story on the impact that Soleimani's killing had on several of the Plaintiffs in *Hake* and the related case *Field v. Bank Markazi Jomhouri Islami Iran*, No. 17-cv-02126-TJK, including named-Plaintiff Kelli Hake. *See* Richard A. Oppel Jr. and Nicholas Bogel-Burroughs, "'I Lost My Legs': Wounded in Iraq, He Sued Iran," N.Y. Times (Jan. 12, 2020), *available at* https://www.nytimes.com/2020/01/12/us/suleimani-iran-attacks.html.

While these added recent disclosures would not themselves necessitate Plaintiffs' motion to extend the March 2, 2020 deadline, because of the more pressing reasons stated above and because Plaintiffs have limited access to extrinsic evidence against Defendants (who have defaulted and are unreachable for discovery), Plaintiffs would also benefit from additional time to collect and assimilate this and other anticipated U.S. government disclosures relevant to the conduct of the Defendants in this case and their alleged material support for Iranian terrorism.

Dated: January 23, 2020

                                          Respectfully submitted,

                                          OSEN LLC

                                  By: /s/ Michael J. Radine
                                          Michael J. Radine (DC Bar No. NJ015)
                                          Dina Gielchinsky (DC Bar No. NJ011)
                                          2 University Plaza, Suite 402
                                          Hackensack, NJ 07601
                                          Tel. (201) 265-6400
                                          Fax (201) 265-0303

                                          *Attorneys for Plaintiffs*