UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------------x
KELLI D. HAKE, et al.,

        Plaintiffs,

-against-

BANK MARKAZI JOMHOURI ISLAMI IRAN, et al.,

        Defendants.
-----------------------------------------------------------------------x

Case No.: 17-cv-114 (TJK)

## **PROPOSED ORDER**

Upon consideration of Plaintiffs' unopposed motion to extend the March 2, 2020 deadline to file their motion for default judgment and adjourn the March 17, 2020 status conference, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' motion is GRANTED, and that Plaintiffs will file their motion for default judgment by May 11, 2020 and appear for a status conference on _____.

Date: _____

                                                      _____
                                                      TIMOTHY J. KELLY
                                                      UNITED STATES DISTRICT JUDGE