# Exhibit A

# Katherine Bauer

• Phone: 202-695-4411  • Email: katecbauer@gmail.com

## Experience

| | |
|---|---|
| Adjunct Associate Professor | 2017 – Present |
| Edmund A. Walsh School of Foreign Service | Washington, DC |
| Georgetown University | |

- Teach graduate-level course on combating the financing of transnational threats.

| | |
|---|---|
| Blumenstein-Katz Family Fellow | 2016 – Present |
| Reinhard Program on Counterterrorism & Intelligence | Washington, DC |
| The Washington Institute for Near East Policy | |

- Write, lecture and consult on U.S. Middle East policy.

| | |
|---|---|
| Senior Policy Advisor for Iran | 2015 |
| Office of Terrorist Financing and Financial Crimes | Washington, DC |
| U.S. Department of the Treasury | |

| | |
|---|---|
| Financial Attaché for the Gulf | 2013 – 2015 |
| U.S. Embassy Abu Dhabi | Abu Dhabi, UAE |
| U.S. Department of the Treasury | |

- Served as the Department's senior representative to the UAE, Kuwait, Qatar, Bahrain and Oman.
- Liaised with Gulf officials and private sector representatives to promote adoption of international best practices related to anti-money laundering and counterterrorist financing (AML/CFT) and implementation of U.S. and multilateral sanctions.
- Monitored regional financial and assistance flows with a focus on capital market development and Gulf aid to post-Arab Spring economies in transition.

| | |
|---|---|
| Assistant Director | 2011 – 2012 |
| Office of Terrorist Financing and Financial Crimes | Washington, DC |
| U.S. Department of the Treasury | |

- Coordinated policy with regard to illicit finance in the Middle East, Africa and the Western Hemisphere.
- Led the U.S. delegation to the Middle East & North Africa Financial Action Task Force (MENA FATF).

| | |
|---|---|
| Financial Attaché | 2009 – 2011 |
| U.S. Consulate General Jerusalem | Jerusalem |
| U.S. Department of the Treasury | |

- Served as the Department's representative for policy, technical assistance and sanctions matters.
- Analyzed the Palestinian Authority's fiscal solvency and financial sector stability.
- Tracked and reported on the Palestinian Authority's AML/CFT policies and developments.

*Continued*

# Katherine Bauer

● Phone: 202-695-4411  ● Email: katecbauer@gmail.com

Senior Analyst                                          2006 – 2009
Office of Intelligence Analysis                         Washington, DC
U.S. Department of the Treasury
  ● Conducted all source analysis of illicit financial networks.
  ● Staffed senior Treasury officials conducting outreach in Europe, Asia and the Middle East.

Graduate Fellow                                        2005 – 2006
National Nuclear Security Administration               Washington, DC
U.S. Department of Energy

Research Assistant                                     2002 – 2003
The Washington Institute for Near East Policy          Washington, DC

## Education

M.A. Middle East Studies & International Economics      2005
Johns Hopkins School of Advanced International Studies (SAIS)      Washington DC
  ● Middle East Studies Travel Grant to intern at The Daily Star, Lebanon's leading English-language daily
  ● Teaching Assistantship in International Monetary Theory
  ● Lucius D. Battle Fellowship

B.A. History & International Studies, French Minor      2001
Macalester College                                     St Paul, Minnesota
  ● J. Huntley Dupre Prize in European History
  ● Charles Ferguson Endowed Prize in Public Speaking

Arabic Language Institute                              2000
American University in Cairo                           Cairo, Egypt

Arabic Language School                                 1999
Middlebury Language Schools                            Middlebury, Vermont

## Selected Honors & Awards

  ● Secretary's Honor Award, U.S. Department of the Treasury, February 2016
  ● U.S. State Department Meritorious Honor Award for Furthering Kuwait's Anti-Money
    Laundering and Counter Terrorist Financing Capacity, May 2015
  ● U.S. State Department Meritorious Honor Award for Advancing U.S. Government Efforts to
    Counter Terrorist Financing in the West Bank and Gaza, May 2010
  ● Director of National Intelligence Unit Citation, August 2009
  ● National Intelligence Community Citation, April 2008

**Languages:** French (working proficiency); Arabic (limited working proficiency)

# Katherine Bauer

● Phone: 202-695-4411  ● Email: katecbauer@gmail.com

## Publications

·     "Sanctions Relief Isn't Necessary to Assist Iran's Coronavirus Response," co-author with Dana Stroul, *The Hill,* March 31, 2020, available at https://thehill.com/opinion/international/490164-sanctions-relief-isnt-necessary-to-assist-irans-coronavirus-response.

·     "FATF's Approach to Iran Should Mix Engagement with Pressure*,"* Policy Watch #3266, *The Washington Institute for Near East Policy*, February 18, 2020, available at https://www.washingtoninstitute.org/policy-analysis/view/fatfs-approach-to-iran-should-mix-engagement-with-pressure.

·     "After Baghdadi: How the Islamic State Rebounds*,"* co-author with Matthew Levitt and Aaron Y. Zelin, Policy Watch #3207, *The Washington Institute for Near East Policy*, October 28, 2019, available at https://www.washingtoninstitute.org/policy-analysis/view/after-baghdadi-how-the-islamic-state-rebounds.

·     "The Economics of Calm," *Caravan*, *Issue 1923,* September 26, 2019, available at https://www.hoover.org/research/economics-calm.

·     "The Development of Tunisia's Domestic Counter-Terrorism Finance Capability*,"* co-author with Aaron Y. Zelin, *CTC Sentinel*, Volume 12, Issue 8, September 2019, p. 28-36, available at https://ctc.usma.edu/development-tunisias-domestic-counter-terrorism-finance-capability/.

·     "Resolving the PA Funding Crisis, But Not in Bahrain*,"* Policy Watch #3143, *The Washington Institute for Near East Policy*, June 24, 2019, available at https://www.washingtoninstitute.org/policy-analysis/view/resolving-the-pa-funding-crisis-but-not-in-bahrain.

·     "New Palestinian Cabinet Faces Governance and Fiscal Challenges*,"* co-author with Ghaith al-Omari, Policy Watch #3106, *The Washington Institute for Near East Policy*, April 15, 2019, available at https://www.washingtoninstitute.org/policy-analysis/view/new-palestinian-cabinet-faces-fiscal-and-governance-challenges.

·     "Designing Win-Win Economic Policies in Washington and Baghdad*,"* co-author with Michael Knights and Bilal Wahab, Policy Watch #3061, *The Washington Institute for Near East Policy*, January 3, 2019, available at https://www.washingtoninstitute.org/policy-analysis/view/designing-win-win-economic-policies-in-washington-and-baghdad.

·     "Iran's Precision Missile Project Moves to Lebanon*,"* co-author with Hanin Ghaddar and Assaf Orion, Policy Notes #56, *The Washington Institute for Near East Policy*, December 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/irans-precision-missile-project-moves-to-lebanon.

·     "Iran's Procurement Channel (Part 1): Salvaging Nonproliferation Gains While Reimposing Sanctions*,"* co-author with Elana DeLozier, Policy Watch #3031, *The Washington Institute for Near*

# Katherine Bauer

● Phone: 202-695-4411  ● Email: katecbauer@gmail.com

*East Policy*, October 30, 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/irans-procurement-channel-part-1-salvaging-nonproliferation-gains-while-rei.

· Statement to the U.S. House of Representatives Committee on Financial Services, Survey of Terrorist Groups and Their Means of Financing, Hearing, September 7, 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/survey-of-terrorist-groups-and-their-means-of-finacing.

· "Toward a New U.S. Policy in Syria: Ground Zero for Countering Iran and Deterring an Islamic State Revival*,*" co-author with Soner Cagaptay, Patrick Clawson, Michael Eisenstadt, James F. Jeffrey, Barbara A. Leaf, Matthew Levitt, Dennis Ross, and Robert Satloff, Monograph, *The Washington Institute for Near East Policy*, July 11, 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/toward-a-new-u.s.-policy-in-syria-ground-zero-for-countering-iran-and-deter.

· "Iran's Vulnerabilities to U.S. Sanctions (Part 2): Working Smarter, Not Harder*,*" Policy Watch #2984, *The Washington Institute for Near East Policy*, June 18, 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/irans-vulnerabilities-to-u.s.-sanctions-part-2-working-smarter-not-harder.

· Statement to the U.S. House of Representatives Committee on Foreign Affairs, Grading Counterterrorism Cooperation with the GCC States, Hearing, April 26, 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/grading-counterterrorism-cooperation-with-the-gcc-states.

· "How Europe Can Punish Iran's Missile Smuggling While Preserving the Nuclear Deal," co-author with Michael Knights, Policy Watch #2936, *The Washington Institute for Near East Policy*, February 27, 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/how-europe-can-punish-irans-missile-smuggling-while-preserving-the-nuclear.

· "Pushing Iran to Take Steps Against Terrorist Financing," Policy Watch #2933, *The Washington Institute for Near East Policy*, February 20, 2018, available at https://www.washingtoninstitute.org/policy-analysis/view/pushing-iran-to-take-steps-against-terrorist-financing.

· "Can Bankers Fight Terrorism?," co-author with Matthew Levitt, *Foreign Affairs*, November-December 2017, available at https://www.foreignaffairs.com/articles/2017-10-16/can-bankers-fight-terrorism.

· "JCPOA Under the Gun (Part 2): A Middle Course?*,*" co-author with Patrick Clawson, Policy Watch #2868, *The Washington Institute for Near East Policy*, October 6, 2017, available at https://www.washingtoninstitute.org/policy-analysis/view/jcpoa-under-the-gun-part-2-a-middle-course.

# Katherine Bauer

● Phone: 202-695-4411   ● Email: katecbauer@gmail.com

· "What to Expect From the State Department's Annual Counterterrorism Report*,"* co-author with Matthew Levitt and Aaron Y. Zelin, Policy Watch #2834, *The Washington Institute for Near East Policy*, July 18, 2017, available at https://www.washingtoninstitute.org/policy-analysis/view/what-to-expect-from-the-state-departments-annual-counterterrorism-report.

· "Defusing the Electricity Crisis in Gaza -- For Now*,"* co-author with Ghaith al-Omari, Policy Alert, *The Washington Institute for Near East Policy*, June 22, 2017, available at https://www.washingtoninstitute.org/policy-analysis/view/defusing-the-electricity-crisis-in-gaza-for-now.

· "Qatar Doesn't Need a Blockade, It Needs an Audit," co-author with Matthew Levitt, *Foreign Policy*, June 15, 2017, available at https://foreignpolicy.com/2017/06/15/qatar-doesnt-need-a-blockade-it-needs-an-audit-al-qaeda/.

· "U.S. Options in the Qatar Crisis," co-author with Lori Plotkin Boghardt, Simon Henderson and Matthew Levitt, Policy Watch #2817, *The Washington Institute for Near East Policy*, June 7, 2017, available at https://www.washingtoninstitute.org/policy-analysis/view/u.s.-options-in-the-qatar-crisis.

· "What To Expect After Iran's Election," co-author with Patrick Clawson, Nader Uskowi and Farzin Nadimi, Policy Watch #2808, *The Washington Institute for Near East Policy*, May 19, 2017, available at https://www.washingtoninstitute.org/policy-analysis/view/what-to-expect-after-irans-election.

· "Yemen's Banking Problems Could Have Dire Humanitarian Implications*,"* co-author with Eric Pelofsky, Policy Watch #2776, *The Washington Institute for Near East Policy*, March 24, 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/yemens-banking-problems-could-have-dire-humanitarian-implications.

· "Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland," co-author with Matthew Levitt, Aaron Y. Zelin, Jacob Olidort, Rand Beers, Adnan Kifayat, Samantha Ravich and Eric Rosand, Policy Notes, *The Washington Institute for Near East Policy,* March 2017, available at https://www.washingtoninstitute.org/policy-analysis/view/defeating-ideologically-inspired-violent-extremism.

· Statement to the U.S. House of Representatives Committee on Foreign Affairs, Iran on Notice, Hearing, February 16, 2017, available at https://www.washingtoninstitute.org/policy-analysis/view/iran-on-notice.

· "Why Trump and Netanyahu Might Keep Iran Nuclear Deal After All," co-author with Matthew Levitt and Patrick Clawson, *The Hill,* February 15, 2017, available at http://thehill.com/blogs/pundits-blog/international/319628-why-trump-and-netanyahu-might-keep-iran-nuclear-deal-after.

# Katherine Bauer

● Phone: 202-695-4411   ● Email: katecbauer@gmail.com

·   "Reinforcing the Role of Sanctions in Restraining Iran," co-author with Matthew Levitt and Patrick Clawson, Policy Notes #38, *The Washington Institute for Near East Policy*, February 2017, available at http://www.washingtoninstitute.org/uploads/Documents/pubs/PolicyNote38-Bauer.pdf.

·   "Potential Benefits of Easing Sudan Sanctions," Policy Alert, *The Washington Institute for Near East Policy,* January 13, 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/potential-benefits-of-easing-sudan-sanctions.

·   "More Information is Needed to Evaluate Implementation of the Iran Nuclear Deal," co-author with Patrick Clawson, Policy Watch #2746, *The Washington Institute for Near East Policy*, January 10, 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/more-information-is-needed-to-evaluate-implementation-of-the-iran-nuclear-d.

·   "The Evolution of Terrorist Financing Methodologies and Responses," IEMed Mediterranean Yearbook 2017, p. 236-238.

·   *Beyond Syria and Iraq: Examining Islamic State Provinces*, editor, Policy Focus #149 (Washington, D.C.: The Washington Institute for Near East Policy, November 2016), available at http://www.washingtoninstitute.org/uploads/Documents/pubs/PolicyFocus149_Bauer.pdf.

·   "Iran Faces Challenges in Implementing Its FATF Action Plan," Policy Watch #2717,  *The Washington Institute for Near East Policy*, October 26, 2016, available at http://www.washingtoninstitute.org/policy-analysis/view/iran-faces-challenges-in-implementing-its-fatf-action-plan.

·   "Iran's 'Resistance Economy'—and Stalled Reform Efforts," with Matthew Levitt, *The Wall Street Journal,* September 23, 2016, available at https://blogs.wsj.com/washwire/2016/09/23/irans%E2%80%8B-resistance-economy-and-stalled-reform-efforts/.

·   "One Year Post-JCPOA, Not Post-Sanctions," Policy Watch #2656, *The Washington Institute for Near East Policy*, July 13, 2016, available at http://www.washingtoninstitute.org/policy-analysis/view/one-year-post-jcpoa-not-post-sanctions.

·   "Targeting Hezbollah's Home-Front Finances," with David Schenker, Policy Watch #2641, *The Washington Institute for Near East Policy*, July 5, 2016, available at http://www.washingtoninstitute.org/policy-analysis/view/targeting-hezbollahs-home-front-finances.

·   "Little Change Expected in Upcoming FATF Statement on Iran," Policy Watch #2635, *The Washington Institute for Near East Policy*, June 2016, available at http://www.washingtoninstitute.org/policy-analysis/view/little-change-expected-in-upcoming-fatf-statement-on-iran.

6

# Katherine Bauer

● Phone: 202-695-4411   ● Email: katecbauer@gmail.com

· "Potential U.S. Clarification of Financial Sanctions Regulations," Policy Watch #2601, *The Washington Institute for Near East Policy*, April 5,2016, available at http://www.washingtoninstitute.org/policy-analysis/view/potential-u.s.-clarification-of-financial-sanctions-regulations.

· "Iran's Long Road to Reintegrating with the World Financial System," Policy Watch #2575, *The Washington Institute for Near East Policy*, February 29, 2016, available at http://www.washingtoninstitute.org/policy-analysis/view/irans-long-road-to-reintegrating-with-the-world-financial-system.

· "Denying the Islamic State Access to Money-Exchange Houses," with Matthew Levitt, Policy Watch #2552, *The Washington Institute for Near East Policy,* February 3, 2016, available at http://www.washingtoninstitute.org/policy-analysis/view/denying-the-islamic-state-access-to-money-exchange-houses.