UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KELLI D. HAKE *et al.*,

    *Plaintiffs*,

v.

BANK MARKAZI JOMHOURI ISLAMI IRAN *et al.*,

    *Defendants*.

Civil Action No. 17-114 (TJK)

## ORDER

For the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion for Partial Default Judgment, ECF No. 111, is **GRANTED**. It is further **ORDERED** that Plaintiffs' Motion to Take Judicial Notice, ECF No. 117, is **GRANTED**. It is further **ORDERED** that Plaintiffs' Motion for Telephone Conference, ECF No. 116, is **GRANTED**. The parties shall contact the Courtroom Deputy at (202) 354-3495 promptly to schedule a status conference in this case.

    /s/ Timothy J. Kelly
    TIMOTHY J. KELLY
    United States District Judge

Date: September 12, 2022